UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHAE BROTHERS, LIMITED LIABILITY COMPANY d/b/a FIRESIDE NORTH LIQUORS, et al., | * | |
| Plaintiffs, | * | Case No. 1:17-CV-01657 (SAG) |
| v. | * | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPENDIX OF EXHIBITS**

Exhibit 1:   Deposition of Kaliope Parthemos (Excerpts)

Exhibit 2:   Deposition of Stephanie Rawlings-Blake (Excerpts)

Exhibit 3:   Deposition of David McMillan (Excerpts)

Exhibit 4:   Deposition of Connor Scott (Excerpts)

Exhibit 5:   Deposition of Anthony Batts and Exhibits (Excerpts)

Exhibit 6:   Deposition of Dean Palmere (Excerpts)

Exhibit 7:   Deposition of Melissa Hyatt (Dec. 12, 2020) (Excerpts)

Exhibit 8:   Deposition of Robert Maloney (Excerpts)

Exhibit 9:   Deposition of Melissa Hyatt (Jan. 5, 2021) (Excerpts)

Exhibit 10:  E-mail from Brendan McCluskey to Suzanne Sangree

Exhibit 11:  April 26, 2015 E-mail with Attachment from Kevin A. Jones to BPD staff

Exhibit 12:  April 27, 2015 E-mail from Brian Rogers

Exhibit 13:  April 27, 2015 E-mail from Robert Thomas

Exhibit 14:  MOEM Timeline of Events

| | |
|---|---|
| Exhibit 15: | Map of the Locations of Plaintiffs' Claims |
| Exhibit 16: | Clay Stamp E-mail |
| Exhibit 17: | Deposition of Khalil Zaied (Excerpts) |
| Exhibit 18: | E-mails Regarding City Protest Action |
| Exhibit 19: | Deposition of Stephanie Robinson (Excerpts) |
| Exhibit 20: | Community Leader Call Confirmation |
| Exhibit 21: | Business Leader Call Confirmation |
| Exhibit 22: | BCFD Freddie Gray Funeral Incident Action Plan |
| Exhibit 23: | Fire Chief Ford E-mail |
| Exhibit 24: | Fire Department Resources E-mail |
| Exhibit 25: | EDS Scheduling E-mails |