# EXHIBIT 2

**In The Matter Of:**

*CHAE BROTHERS, LIMITED LIABILITY COMPANY, ET AL. v.*
*MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.*

---

*STEPHANIE RAWLINGS-BLAKE*
*January 29, 2021*
*COPY*

---

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

**COPY**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

_____

CHAE BROTHERS LIMITED LIABILITY  )
COMPANY, et al.,                 )
                                 )
            Plaintiffs           )Civil Action No.:
                                 )
VS.                              )1:17-CV-01657-SAG
                                 )
MAYOR & CITY COUNCIL OF BALTIMORE)
et al.,                          )
                                 )
            Defendants           )Pages 1-244
_____


REMOTE DEPOSITION OF STEPHANIE RAWLINGS-BLAKE


DATE:            JANUARY 29, 2021 (FRIDAY)

TIME:            10:04 A.M.

LOCATION:        Baltimore, MD

REPORTER:        SHERRY L. BROOKS, CLR
                 Certified LiveNote Reporter
                 State of Maryland Notary Public

1     Q.    Okay.  Now these discussions that you had
2  with your senior leadership team upon Freddie Gray's
3  passing on April 19th, 2015, what do you recall being
4  discussed?
5     A.    I don't remember specific conversations.
6  I remember us trying to do a lot of work -- to do
7  outreach with faith leaders, community leaders,
8  activists, trying to ensure that people understood
9  what we were doing with respect to the investigation,
10  to make sure that people knew that -- you know, that
11  we weren't sweeping this under the rug; that we were
12  concerned about the circumstances; that we were
13  taking it seriously, reminding people about the
14  ongoing work that we've done around police reform.
15          I think that there was some -- you know,
16  in light of -- I think the most recent one might have
17  been Ferguson.  There were so many red flags that I
18  saw, that as a group we saw, in the way that their
19  protests were handled.  There was some conversations
20  -- I know there were some conversations around that,
21  you know, being mindful of the ways in which we
22  believed the protests there escalated.
23     Q.    Okay.  When you refer to "red flags" and
24  reasons why things may have escalated in Ferguson, to
25  what are you referring?

1   led to concerns that that may have escalated the

2   situation in Ferguson.

3           While you're having these discussions with

4   your senior leadership team, what was decided?

5       A.    I don't -- I don't know if there was a

6   decision made.  It was a concern that was raised.

7       Q.    Okay.  And what did you decide to do as a

8   result of that concern being raised?

9       A.    Say that again.

10      Q.    What did you do as a result of that

11  concern being raised?

12      A.    I don't know if it's an action that I did

13  specifically as a result of that concern.  It was

14  more of an understanding of the need to be smarter

15  about the way that we deployed our public safety

16  resources in efforts to strike the right -- right

17  balance so we would not have the escalation, you

18  know, the weeks and weeks of ongoing -- you know,

19  there was -- my recollection, there was weeks and

20  weeks of not just protests, but violence and property

21  destruction and things like that in Ferguson.

22      Q.    Okay.  So how did you think that public

23  safety resources should be deployed differently here

24  in Baltimore City than had been the case in Ferguson?

25      A.    I believed that the immediate introduction

1    of military equipment as evidenced by what has --
2    what happened in Ferguson would be a -- the immediate
3    introduction of that type of force would lead to the
4    ongoing escalation.
5           When I say that, you know, I didn't want
6    to have weeks and weeks and weeks of protests because
7    of -- well, not just protests.  Protests weren't the
8    issue.  I didn't want to have weeks and weeks of
9    violent interaction and property destruction, so we
10   were very -- I was very concerned about the immediate
11   introduction of that escalated military response.
12       Q.    Okay.  Aside -- you referred to military
13   equipment.  Aside from the actual equipment, was
14   there any other concerns about how -- what type of
15   response may escalate things?
16       A.    Yes.
17       Q.    What other -- what other things?
18       A.    I don't remember specifically.  But
19   generally speaking, you know, what type of police
20   resources we would use, what type of support we would
21   need from the state and/or other jurisdictions.
22       Q.    Okay.  So in terms of the type of police
23   resources, what types of police resources did you
24   believe should be deployed here different than what
25   had been deployed in Ferguson so as to not escalate

1  guess, a recipe, the ingredients of, you know,

2  unrest, you know, all of the parts.

3        We tried to identify all of the

4  ingredients that would lead to, you know -- or could

5  lead to the type of situation that we did not want to

6  have.

7        And then we went about engaging with them

8  in efforts to share information, to learn, and to use

9  that -- to use what we learned to create a -- a

10 reasonable -- a reasoned response based on what we

11 were hearing, not just from police -- that was part

12 of the equation -- but also from the greater

13 community as well.

14     Q.    And what did you believe were, I'll use

15 your term, the ingredients that you were identifying

16 that would lead to unrest that you wanted to avoid?

17     A.    I think one of the things that we knew

18 would contribute or that we'd seen in the past would

19 contribute to unrest was a lack of information and a

20 lack of transparency.

21        So we worked hard to make sure that the

22 community stakeholders -- that we were in constant --

23 that we -- we tried to be -- you know, have open

24 lines of communication and to be transparent about

25 what we knew; what we didn't know, and to be clear

1   about what our plans were, as far as, again -- you

2   know, I really prided myself on not sweeping things

3   under the rug.

4           Like, we wanted to be clear that there was

5   a level of concern and because of that concern that

6   we were taking the investigation into his death very

7   seriously and, you know, to make sure that people had

8   an understanding of that, yes, it was a tragedy.

9           And we didn't want to compound the tragedy

10  by not having a requisite amount of attention being

11  placed on finding out exactly what happened and

12  making sure that -- that -- you know, whatever

13  happened that the people could have faith in the

14  outcome of the investigation and do our part to make

15  sure that whatever happened after that investigation,

16  after that information was given to the state's

17  attorney's office, that we did our part to make sure

18  that there was a just outcome.

19      Q.    And we'll get back to the investigation

20  and we'll get back to engaging with community leaders

21  and the community in a minute.

22          I want to go back, though, to your

23  testimony earlier, again, during these meetings and

24  discussions with your senior leadership team upon

25  Freddie Gray's passing on April 19th, 2015.

1    A.    Yeah.  Outside of the equipment, from my

2  recollection, the police response was very aggressive

3  and confrontational and caused an escalation that

4  they could not -- that they couldn't de-escalate.

5          So, you know, in response to what they

6  believed was understandably -- in response to what

7  several members of the community believed was

8  understandable anger and frustration, the police

9  response was -- in response to police violence, the

10  response was more police violence.  They responded

11  very aggressively.

12          And as a result of that, there were -- you

13  know, I can't even remember how many weeks they had

14  of -- not just -- again, not just the protests.

15  That's not what I'm talking about.  I don't think

16  anybody has concerns about the protests.

17          I'm talking about the fact that because of

18  that escalation, because of the aggressive response,

19  there were weeks of violence and looting and loss of

20  life.

21    Q.    Okay.  So what about the police response

22  in Ferguson, outside of the military equipment, made

23  their response, in your opinion, aggressive and

24  overly confrontational?

25    A.    The way that the police were deployed and,

1  A. I am not sure.

2  Q. Okay.  Does the general formatting of this

3 look familiar to you?

4  A. No.

5  Q. Okay.  Did you use some sort of calendar

6 system or appointment system while you were mayor?

7  A. Yes.

8  Q. Okay.  Was it like Outlook, something like

9 that?

10  A. Something like that.

11  Q. Now, you're listed as the organizer in

12 Exhibit 8, correct?

13  A. Yes.

14  Q. And it refers to you participating in a

15 business outreach conference call scheduled for April

16 24th, 2015 at 3:00 p.m., correct?

17  A. Correct.

18  Q. Do you recall engaging in such calls with

19 the business community?

20  A. Yes.

21  Q. Okay.  Was it -- did this call take place

22 on April 24th at 3:00 p.m.?

23  A. I do not know -- well, I do not recall.

24  Q. Now, during these calls with the business

25 community that you did have, what do you recall being

67

1  discussed?

2     A.    So this would have been the day before the

3  planned protest.  I know one of the things that we

4  tried to do with potential impacted businesses was to

5  share the intelligence that we knew or as much as we

6  had so that potentially -- potentially impacted

7  businesses and business owners could be prepared, as

8  well as I believe part of that conversation was

9  suggestions or advice around what preparedness looks

10  like.

11     Q.    Okay.  And what kind of suggestions about

12  preparedness would have been shared during this call?

13     A.    During this call, this call specifically,

14  I do not know.  I know that generally when we knew or

15  had reason to believe that there was a potential for

16  large -- large gatherings in some -- in some areas,

17  we would encourage business owners to close.

18     Q.    Okay.  Do you recall whether such a

19  suggestion was given during this call?

20     A.    I cannot remember if it was during this

21  specific call, but -- yeah.  I can't remember during

22  this specific call, but it would make sense if that

23  was part of the conversation because particularly the

24  downtown businesses -- and when I say -- not offices,

25  even though I think the offices -- I don't know.

116

1      A.     What time period?

2      Q.     Let's take it from Freddie Gray's passing

3  on April the 19th leading up to April 25th.

4      A.     It's hard for me to answer that question

5  because the question is -- you are relating the fact

6  that the investigation wasn't complete to the size of

7  the protest.  Two independent -- two independent

8  things.

9      Q.     Let me break it up then and make it clear.

10         From April 19th, 2015 to the time of

11  Freddie Gray's passing, leading up to April 25th,

12  2015, that Saturday, do you recall the protest

13  generally escalating in size?

14      A.     Yes.

15      Q.     And during that time, the Baltimore Police

16  Department was still investigating the circumstances

17  of Freddie Gray's passing and investigating whether

18  or not six police officers had committed any

19  wrongdoing, correct?

20      A.     Correct.

21      Q.     Okay.  And during that time period,

22  between April 19th, 2015, and Saturday, April 25th,

23  2015, do you recall asking for and receiving regular

24  updates as to the status of that investigation?

25      A.     I remember -- so I -- not -- I mean, I

1   know -- I have a sense that I -- that I was given

2   updates.  I don't recall.

3       Q.    Do you recall the timing of the

4   investigations being made public or being handed over

5   to the state's attorney's office being a concern for

6   the city?

7       A.    I remember there being a discussion about

8   making sure that we were as transparent as possible

9   with the public about what was -- the status, the

10  progress of the investigation on an ongoing basis.

11      Q.    Was there any concern that the

12  investigation by the Baltimore Police Department was

13  taking too long?

14      A.    Was there any concern by whom?

15      Q.    By the city.

16      A.    By who?

17      Q.    By the city.  You.

18      A.    No.

19      Q.    If I can direct your attention to 14,

20  please.

21            MR. HWANG:  And if we could mark it as

22  Exhibit 14.

23            (Exhibit Number 14 was marked for

24  identification and was attached to the deposition.)

25            BY MR. HWANG:

118

1    Q.    It's an email produced by the city as City

2    00055110.  And you're on this email chain, correct?

3    A.    Yes.

4    Q.    All right.  Do you recall Senator Kelly?

5    A.    Yes.

6    Q.    And do you recall the Shock Trauma Gala

7    that's referenced in this email chain?

8    A.    I'm familiar with the Shock Trauma Gala.

9    I was on their board.

10   Q.    Okay.  It's an annual -- is it an annual

11   event?

12   A.    Yes.

13   Q.    And would you say it's a pretty big event?

14   A.    Yes.  It's huge.

15   Q.    Okay.  Now, if you see here, Senator Kelly

16   reaches out to you and asks for your advice regarding

17   the Shock Trauma Gala scheduled -- he says tonight.

18   So that would have been on April 25th?

19   A.    Correct.

20   Q.    And you then asked -- you say that you

21   asked Kali.  And I presume that means Kaliope, your

22   chief of staff?

23   A.    Correct.

24   Q.    So you asked her to reach out and --

25   specifically to reach out to Senator Kelly.  Why did

191

```
 1    the property destruction, looting, and violence, or

 2    to incite others to do so?

 3         A.    To make sure that they could not engage in

 4    disruptive or destructive behavior, and I don't know

 5    if I'm repeating myself or if this is what you're

 6    getting at.

 7              You know, we were very aggressively

 8    monitoring the channels in which we knew people were

 9    talking about protests and events.

10              And also as I said before, you know, you

11    try to attack the issue from a lot of different

12    sides, so we were trying to gather as much intel

13    about what was possible moving forward.

14              We were trying to make sure that we were

15    doing our part to influence that conversation so, you

16    know, that -- to try to prevent further disruptions.

17    And the police department -- and again, I don't know

18    if this is what you're trying -- if this is the

19    information that you're trying to glean, but we

20    weren't just seeking the intel.

21              There was -- there were efforts to make

22    sure that as the intelligence was being gathered that

23    the police department tried to put in -- worked to

24    put in place the appropriate protections and

25    response.
```

1   attention to 22.

2          MR. HWANG:  If we could mark that as

3   Exhibit 22, please.

4                  (Exhibit Number 22 was marked for

5   identification and was attached to the deposition.)

6          BY MR. HWANG:

7   Q.    It is an email produced by the city as

8   City 00052170.

9   A.    One second.  22?

10  Q.    Yes, 22.

11         MR. HWANG:  Can I have that marked as 22?

12         BY MR. HWANG:

13  Q.    Now, the third paragraph of 22 refers to a

14  mass high school purge expected at 3:00 p.m. and it

15  says tomorrow.  The email was sent on Sunday, April

16  26th, so tomorrow would refer to Monday, April 27th.

17         Do you see that?

18  A.    Yes.

19  Q.    Do you recall there being rumors of a,

20  quote/unquote, purge on Monday, April 27th?

21  A.    Yes.

22  Q.    And what is -- what was your understanding

23  as to what a purge referred to?

24  A.    So we knew that the purge -- the -- it was

25  referencing a movie, but the purge -- I guess it was

200

1    -- from what I can remember about the movie, it was a

2    movie about -- I think it's like one day a year in

3    this city that you can do whatever -- you can do any

4    crime that you want without being punished, so that

5    is what we knew was being referenced.

6        Q.    Okay.  So the rumors of a purge that was

7    expected on Monday, April 27th, that would be in

8    reference to crimes being committed or there being

9    violence; is that correct?

10       A.    So we didn't -- how do I say this?  So

11   there was -- there were these rumors about -- just

12   one second.

13           There were rumors about a purge at a high

14   school, but understand that other than us knowing

15   that The Purge was the name of a movie, there was --

16   there had been nothing in our city prior to that, nor

17   I think anywhere else in the country that would give

18   very clear -- very clear intel on what it means when

19   high school -- high school kids -- what does it say?

20   -- yeah.

21           There was -- there was -- mass high school

22   purge, it was unclear what that even -- even meant.

23   You know, it hadn't happened in Baltimore

24   subsequently.  And like I said, I don't know if it's

25   happened anywhere else.

1 in the area in preparation for what we could -- the

2 possibilities that we could prepare for based on the

3 information we had at the time -- when they

4 responded, the young people responded to the police

5 officers by throwing cans, bottles, pieces of cement

6 and brick.

7         And it was -- it was a -- it turned -- the

8 group of kids that were engaging with the police were

9 joined, I think, unintentionally by a lot of kids

10 that became stranded at that station because the

11 state closed the MTA, all the buses and subways from

12 that location.

13         So if you were there at the time when the

14 young people decided that, you know, they were going

15 to purge, whether you wanted to be a part of it or

16 not, you -- I should say, and you depended on public

17 transportation, you were -- you were stuck in the

18 middle of it.

19     Q.    Were there officers injured at that time?

20     A.    Yes.

21     Q.    Do you recall there being officers injured

22 on Saturday, April 25th, 2015?

23     A.    Yes.

24     Q.    Now, coming back to Monday, April 27th,

25 the events that you're describing at Mondawmin, it

210

1    eventually spread beyond Mondawmin and to other areas

2    in Baltimore City?

3        A.    Yes.

4        Q.    Okay.  And when it spread, what types of

5    activity happened throughout Baltimore City?

6        A.    There was a -- a lot of -- I can't say

7    riots.  There was a lot of looting and destruction.

8        Q.    And when you say "destruction," do you

9    mean property destruction?

10       A.    Property destruction, yes.

11       Q.    Do you also recall there being violence?

12       A.    Yes.

13       Q.    Okay.  And do you recall some business

14   owners being attacked physically?

15       A.    I believe so, yes.

16       Q.    Now, let me go back to when things started

17   at Mondawmin.

18             Do you recall where you were?

19       A.    No.

20       Q.    What about as things progressed and

21   escalated and spread throughout the city, do you

22   recall where you were at certain points of time or

23   how your day went as things progressed?

24       A.    At some point before -- at some point

25   around the time when we started to get information

1   to remember is is there was the melee, the

2   confrontation.  Some of the police officers that were

3   located in the Mondawmin area responded to a (sic)

4   police in distress.

5           And the -- again, from what I can recall,

6   that left the officers that were there that were sort

7   of stuck there with the protestors, as well as

8   everybody else that were stuck there because the

9   state closed the transportation hub down -- they were

10  -- there weren't enough officers there.

11          And it turned into -- the young people

12  turned their attention from just, you know,

13  destruction -- I think it went from the

14  transportation hub -- I have a feeling that it went

15  across to the -- there's a 7-Eleven somewhere near

16  there.  I have a -- some store, and I have a feeling

17  that it was near there.

18          And my recollection is that it moved --

19  there was some destruction in the store.  And then as

20  the kids became more unruly, it turned into kids

21  deciding to break into or destroy stuff at Mondawmin.

22          And I say it didn't spread in the way that

23  it did on Saturday.  Because all of this was being

24  televised and, you know, I think opportunists are

25  opportunists, what looked to happen is when the kids

1  were, you know, being destructive, what you began to

2  see was people, not kids -- just people in cars

3  driving up.  And because it was, you know, chaotic,

4  people started looting.

5          And, you know, again, I say it wasn't the

6  kids.  The tapes show like just people driving up to

7  Mondawmin, you know, running in and grabbing stuff.

8  After -- after the incident, you could see that's

9  what was happening.

10          It wasn't -- you know, it wasn't people

11  stealing Pampers and formula.  It was, you know,

12  high-end tennis shoes, the luxury goods that

13  Mondawmin had.  You know, the people were stealing

14  it, and presumably based on what happened -- what I

15  know happened afterwards or -- that, you know, they

16  were selling it.

17          So as that was being broadcast, you know,

18  people running in and looting Mondawmin, I think I

19  also remember that other -- as the sun was going

20  down, people decided -- you know, pockets of people

21  decided throughout the city to -- to do the same

22  thing.

23          So there was this pretty discrete --

24  meaning it wasn't a place that was broadly

25  advertised.  It didn't have big signs.  Unless you

1    knew it, you didn't know it.  But this really, really

2    high-end luxury tennis shoe shop that was downtown,

3    again, unless you know, you don't know.

4              So, you know, that was an example of one

5    of the places that was looted.  You know, people

6    basically just stole their whole inventory, and

7    different places around the city things like that

8    happened.

9              So people -- there were people who were

10   interested in having prescription drugs.  You know,

11   as things descended, you know, and as things got

12   chaotic, people who wanted to take the opportunity to

13   get prescription drugs, you know, broke into, not

14   just the CVS that made the news, but, you know, small

15   pharmacies around the city.

16             And, you know, different -- it was

17   different pockets of that where you saw, you know,

18   people not necessarily -- I -- I did not interpret it

19   as them making a stand against, you know, police

20   brutality, in-custody death, injustice.

21             It seemed that unfortunately pockets of

22   people throughout the city decided to take the

23   opportunity to -- you know, for their own personal

24   gain to loot and destroy stuff.

25        Q.    Do you recall how many businesses were

223

1    looted or otherwise damaged?

2        A.    I don't remember the total number.  I just

3    remember it was a lot.

4        Q.    And the geographical locations of these

5    businesses and buildings, were they pretty much

6    spread across the city?

7        A.    Again, I don't know how much was spread.

8    In the sense that I think there was some violence and

9    destruction, say, like the Mondawmin area kind of

10   melee migrated into Pennsylvania and North Avenue and

11   there was destruction that spread there.

12            The other locations, I don't think people

13   were moving from one location to the next.  I -- what

14   it looked like was where this high-end -- you know,

15   basically secret high-end sneaker store was, people

16   knew that it was there and, you know, the city is

17   dealing with looting and da, da, da, da.

18            You know, some people hit that spot.  Some

19   people hit the drug store.  You know, it wasn't -- it

20   was not a spread.  It was -- it seemed to be just

21   distributed.

22       Q.    I don't mean to say that it's the same

23   people kind of going throughout the city and looting

24   stores.  I understand that these are different

25   pockets of people, but I get a sense of the

1 geographical scope of where these pockets were.

2     A.    It seemed to be in -- you know, the --

3 there were pockets throughout the city. I certainly

4 wouldn't say evenly distributed throughout the city.

5     Q.    Now, as you get to the watch center on

6 April -- sorry -- the command center, you called it

7 -- on April 27th, 2015, you said you recalled

8 Commissioner Batts being there and your chief of

9 staff being there?

10     A.    Yes.

11     Q.    So you get there and what happens?

12     A.    So I don't remember -- I don't remember

13 the timing, but I do remember that by the time that

14 -- I feel like by the time that I got there that it

15 was clear that we would need the resources of the

16 state.

17           And it was my understanding -- I seem to

18 recall that my public safety team and my legal team

19 were crafting the language to create our legal

20 response, I guess, is the best thing -- you know, the

21 -- what -- what the -- the state of the -- the

22 official response would be, what the -- what the

23 state of emergency would look like in response to

24 what happened.

25     Q.    Okay. Now, when you said state resources,

**COPY**

232

1     Q.    Do you recall Daniel Sparaco?

2     A.    Yes.

3     Q.    Okay.  And I believe you testified earlier

4 that Khalil Zaied, Z-A-I-E-D, was a member of your

5 leadership team, senior leadership team?

6     A.    Yes.

7     Q.    Now, in this email, Mr. Sparaco tells Mr.

8 Zaied -- the heading says, "Mayor going to BPD."  And

9 then it states:  "She needs to discuss the idea of

10 bringing in the National Guard with Batts.  He wants

11 it.  I think he's overwhelmed by the situation."

12     So when you got to the watch center, do

13 you recall Commissioner Batts coming to you and

14 saying you need to call in the National Guard?

15     A.    I do not remember specifically him saying

16 that.  My recollection -- and, you know, this is just

17 based on what I can recall.  And, you know, again, if

18 you have other documents that can help me.

19     I had a sense of by this time, 6:30, that

20 the state of emergency, the back-and-forth with the

21 state, as far as what resources would be made

22 available -- that conversation had already started.

23     So I don't -- I don't remember it being --

24 I don't remember thinking to myself, you know, I

25 wonder if Batts wants the National Guard -- do you

**COPY**

239

 1  sister.

 2          Do you remember that?

 3      A.    Yep, and I referenced it in my previous

 4  testimony, that we had a press conference with her --

 5  with Freddie Gray's family, who made it clear that

 6  their hope was that his funeral would be a day for a

 7  solemn remembrance without violence.

 8      Q.    And that was organized by you and your

 9  office?

10      A.    Yes.

11      Q.    And did you -- were you aware of any other

12  intelligence regarding activities on Monday, other

13  than this purge flyer that was mentioned earlier?

14      A.    I was not aware at the time of anything

15  else, nor have I been made aware since that there was

16  any other intelligence of anything other than a

17  protest -- this purge that nobody knew exactly what

18  that meant in the context of high school kids.

19          But that was it, that we knew that some --

20  there was a potential of something happening with

21  high school students on Monday.  That's all -- that

22  is the only intelligence that we had at the time.

23          And again, I have not heard of any --

24  subsequent to the unrest, I haven't heard anyone say

25  that there was different intelligence or additional