# EXHIBIT 6

**In The Matter Of:**
*CHAE BROTHERS, LIMITED LIABILITY COMPANY, ET AL. v.*
*MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.*

*DEAN PALMERE*
*December 17, 2020*
*COPY*

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF MARYLAND

3  NORTHERN DIVISION

4

5  CHAE BROTHERS LIMITED            )
   LIABILITY COMPANY, et al.,       )
6                                   )
7       Plaintiffs,                 )
                                    )Civil Action
   v.                               )No.
8                                   )1:17-cv-01657-
                                    )   SAG
9  MAYOR & CITY COUNCIL OF          )
   BALTIMORE, et al.,               )
10                                  )
                                    )
11      Defendants.                 )

12

13

14      Deposition of DEAN PALMERE taken via

15  remote videoconferencing of all participants,

16  beginning at 1:04 p.m. on December 17, 2020,

17  before Eleanor J. Schwandt, Registered Merit

18  Reporter and Notary Public.

19

20

21

22

23

24

25

COPY

to coordinate other resources and things of that nature.

Q. When you say "coordinate other resources" to what resources are you referring?

A. The other law enforcement agencies, their response. I know we had -- we were doing procurement for things like pads and stuff for the officers to wear, and basically coordinating schedules and that kind of, those kind of responsibilities.

Q. In addition to trying to procure equipment, were you also responsible for trying to secure mutual aid?

A. Yes, sir.

Q. By mutual aid do you understand I mean physical bodies, officers?

A. Yes, sir.

Q. And during what time period were you taking charge of requesting and/or coordinating for mutual aid from other jurisdictions?

A. I don't recall the specific date, but it was prior to the 25th.

Q. Okay. Was unified command

1  established during the Baltimore riots?
2     A.    I don't specifically recall who was
3  in the Incident Command System at the time.
4  But we, if I recall correctly, we did have
5  some other City agencies in the Incident
6  Command System.
7     Q.    Okay.  Let me ask you this:  During
8  the Baltimore riots who served or which
9  agency served as the lead agency?
10    A.    The police.
11    Q.    The Baltimore City police
12 department?
13    A.    Yes, sir.
14    Q.    Now, I would like to go kind of
15 back to the beginning, and specifically
16 back to the arrest of Freddie Gray.  When
17 do you first recall hearing about the
18 circumstances of Freddie Gray's arrest,
19 which was on April 12th, 2015?
20    A.    I don't recall a specific date.
21    Q.    Do you recall hearing about the
22 circumstances of his arrest prior to or
23 after his death?
24    A.    Prior to.
25    Q.    Approximately how many days prior

1     A.    Yes, sir.

2     Q.    Did the department change how it
3 was approaching protests as a result of
4 that concern that things would become more
5 disruptive?  Did it make additional plans?

6     A.    Yes, I believe that was during the
7 time where we -- again, I would have to
8 look at timelines specifically, but there
9 was a point where we had called for mutual
10 aid, and I don't know if that was before or
11 after Freddie Gray's death.  But, again, we
12 had asked for additional resources from
13 other jurisdictions.

14     We didn't get a whole lot of
15 resources from those jurisdictions at
16 first, until things started I guess getting
17 out of control, then other resources became
18 available.

19     Q.    When you say "things got out of
20 control," to when are you referring?

21     A.    The first day I guess where the
22 rioting started.

23     Q.    Are you referring to April 25th?

24     A.    Yes, sir.

25     Q.    Or 27th?

1  A.  25th.
2  Q.  25th, the Saturday?
3  A.  Yes, sir.
4  Q.  While we are talking about
5  resources, if I could direct your attention
6  to Exhibit 13, a document produced by the
7  City, Bates stamped CITY 00005798.
8  A.  Yes, sir.
9  Q.  Do you know what Exhibit 13 is?
10 I'll let you look through it.
11 A.  State Law Enforcement Coordinating
12 Council Request.
13 Q.  Are you familiar with these
14 requests?
15 A.  I believe this is, it is called a
16 SLECC request, where the commissioner gives
17 authority for other agencies to operate
18 within the City limits.
19 Q.  Okay.  Now, this is dated April
20 20th, one day after Freddie Gray's death,
21 correct?
22 A.  Yes, sir.
23 Q.  Now, if you look at the first
24 sentence in the body of Exhibit 13, it says
25 that the Department will prepare to conduct

1  21812.  These were produced by the City and
2  they appear to be transcriptions of radio
3  communications on channel A1 and A10
4  respectively.
5     A.    Okay.
6     Q.    On April 25th, from 12:00 p.m.
7  through 11:59 p.m.  Now, if I could refer
8  you to Exhibit 38 for channel A1, at 1459,
9  which I assume is 2:59 p.m.?
10    A.    Yes, sir.
11    Q.    City Watch advises that crowds are
12 moving towards North Avenue and that all
13 marked vehicles are to avoid that area.  Do
14 you see that?
15    A.    Yes, sir.
16    Q.    When it says City Watch, what is
17 City Watch referring to?
18    A.    City Watch is a camera system,
19 closed-circuit camera guys that monitor the
20 cameras throughout the City.
21    Q.    Would City Watch be saying this or
22 advising from command, from incident
23 command?
24    A.    I'm sorry?
25    Q.    When it says City Watch advises

1  here, where were they physically?  Were
2  they in incident command or were they in a
3  different location?
4      A.   City Watch does have an off-site
5  location that they work out of.  I'm sure
6  there was a representative from City Watch
7  in incident command at the time.
8      Q.   Okay.  So at 2:59 p.m. do you know
9  why all marked vehicles were ordered to
10 avoid that area?
11     A.   I don't know, sir.
12     Q.   At 1511 or 3:11 p.m., KGA is
13 advised, per unified command, that
14 demonstrators are moving southbound on
15 North Avenue, and all units are advised
16 "Don't engage, follow, stay on post, don't
17 show any police presence and stay away from
18 North Avenue," do you see that?
19     A.   Yes, sir.
20     Q.   KGA is dispatch, correct?
21     A.   Yes, sir.
22     Q.   Now, why was unified command
23 ordering units not to engage or not to show
24 any police presence and to stay away from
25 North Avenue?

A. No, sir.
Q. If you look at Exhibit 53.
A. Yes, sir.
Q. Does that accurately reflect the number of officers from outside jurisdictions by way of mutual aid that were available for April 27th, 2015?
A. Yes, sir.
Q. Now, in addition to what is in Exhibits 51 through 54, if you go look at Exhibit 55, which is an e-mail produced by the City, CITY 00011631, and you also received that e-mail as well, right?
A. Yes, sir.
Q. Okay. There were also rumors of a purge, do you see that?
A. Yes, sir.
Q. How seriously was the Baltimore City Police Department taking the rumor of a purge?
A. If I recall correctly, we were taking it serious.
Q. Okay. And even prior to this rumor of a purge, I mean, Exhibit 54 describes it as an all-hands-on-deck day; would you

1   happened that day, like where you were when
2   things erupted at Mondawmin and what
3   happened?
4       A.   On the 27th?
5       Q.   Yes.
6       A.   I recall at some point being at
7   headquarters with Kevin Davis.  And I
8   believe Hank, it was Hank Stawinski from PG
9   County, and I forget the name of the
10  person, I believe they were from Montgomery
11  County, and at some point we had left
12  headquarters when Mondawmin -- when I guess
13  the officers started getting hit with rocks
14  and bottles.
15           We drove up to the area where
16  Commissioner Kevin Davis had gotten into
17  our helicopter at the time and went up in
18  the helicopter, and several, the rest of us
19  stayed on the ground to assist with getting
20  resources to that location.  And Davis
21  would be calling out if he saw individuals
22  flanking the platoons that were deployed at
23  the time through alleyways and such.
24      Q.   Okay.  Do you recall officers being
25  ordered to deploy to Mondawmin before the

```
 1   violence actually erupted?
 2       A.   There were officers deployed there,
 3   yes.
 4       Q.   Do you know why there were officers
 5   deployed there?
 6       A.   I believe that they were regarding
 7   preparedness for the potential purge.
 8       Q.   So the deployment to Mondawmin
 9   before the violence was in direct and
10   specific response to the purge rumor?
11       A.   If I recall, yes.
12       Q.   And as things progressed, they
13   extended beyond Mondawmin, correct?
14       A.   Yes.
15       Q.   And at that time did you remain at
16   command?
17       A.   I was, at that point I believe I
18   was in the field.
19       Q.   Do you recall where you were in the
20   field, as you recall like where you were
21   and what you saw, what had happened?
22       A.   I'm sorry?
23       Q.   If you could walk me through what
24   you recall as far as where you were as the
25   day progressed and what you remember seeing
```

COPY

1  and this was on April 27th at 6:05 p.m., it
2  says: "1340 sworn BPD, 80 outside
3  jurisdictions, 700 vehicles," is that
4  accurate?
5     A.    It seems, sounds to be, yes.
6     Q.    Okay. And at that point is it
7  accurate that the Baltimore City Police
8  Department requested 600 additional
9  officers with riot gear?
10    A.    I don't recall that.
11    Q.    Okay. The rioting stopped in the
12 early morning hours of April 28th, correct?
13    A.    I believe so, yes.
14    Q.    Did any rioting happen after that?
15    A.    There were -- I don't recall.  I
16 know there were some tense moments, the
17 protests continued, where there were some
18 tense moments at times.  And I don't recall
19 in the timeline when an incident occurred
20 in front of the Western District, where
21 they were throwing trash cans at officers
22 in front of the Western District, I don't
23 know if that was before or after the 27th.
24    Q.    Okay. But as far as what you
25 remember seeing on April 25th and April

COPY

1   27th, and by April 27th I mean going into
2   the morning of April 28th --
3       A.      Right.
4       Q.      -- after that, things like that
5   didn't happen again, correct?
6       A.      From what I recall, no.
7       Q.      If I could direct your attention to
8   Exhibit 70.  Before we get there, actually,
9   did the Baltimore City Police Department
10  have enough riot gear --
11      A.      No.
12      Q.      -- to meet its needs?
13      A.      No.
14      Q.      What discussions were there within
15  the department regarding the need for more
16  riot gear?
17      A.      Emergency procurement.  We were
18  trying to get equipment overnighted in from
19  different vendors.  And we were having,
20  from what I recall, they were having
21  trouble getting it based on the need
22  nationally for that type of equipment.
23      Q.      Okay.  Were there any discussions
24  prior to that day, though, April 27th?
25      A.      I don't recall specific timeframe.