# EXHIBIT 7

# In The Matter Of:

*CHAE BROTHERS, LIMITED LIABILITY COMPANY, ET AL. v.*
*MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.*

*CHIEF MELISSA HYATT*
*December 2, 2020*
*ORIGINAL TRANSCRIPT*

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

**ORIGINAL TRANSCRIPT**

1

1    IN THE UNITED STATES DISTRICT COURT FOR THE

2    DISTRICT OF MARYLAND

3    NORTHERN DIVISION

4    CIVIL ACTION NO.: 1:17-CV-01657-SAG

5

6    CHAE BROTHERS, LIMITED LIABILITY COMPANY

7    D/B/A FIRESIDE NORTH LIQUORS, ET AL.,

8    PLAINTIFF,

9

10   VS.

11

12   MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.,

13   DEFENDANTS.

14   _____/

15   VIDEOTAPED DEPOSITION OF CHIEF MELISSA HYATT

16   DATE:              DECEMBER 2, 2020

17   REPORTER:          GERVEL WATTS

18   PLACE:             700 EAST JOPPA AVENUE

19                      BALTIMORE, MARYLAND

20

21

22

23

24

25

**ORIGINAL TRANSCRIPT**

43

1   passed?

2       A    I -- I honestly, you know, unfortunately, it's

3   -- it's been a really long time and I don't remember any

4   details.

5       Q    Sure.  You referred to unified command before

6   as kind of a coordinating vehicle for different agencies

7   or departments within the city.  You mentioned

8   Department of Health, fire department, police

9   department.  Was unified command also used for outside

10  jurisdictions to the extent that mutual aid was

11  provided?

12      A    Yes, so when we had mutual aid in Baltimore

13  City, part of that -- that coordinating entity was --

14  was through unified command, was through this -- this

15  same ICS structure.

16      Q    Okay.  And do you recall, again, we provided

17  some context points, right?  Arrests, passing, April

18  25th, April 27th.  Do you recall when in that timeline

19  mutual aid started coming in?

20      A    I'm going to struggle a little bit with -- I

21  remember certain pieces, so I'm going to tell you what I

22  remember but I don't necessarily remember some of the

23  timeline.  I remember when we had our first concerns

24  about a demonstration that was planned and I remember in

25  our com stat room we invited all of the local

**ORIGINAL TRANSCRIPT**

44

1    jurisdiction chiefs to -- to come to try to convince

2    them to -- to provide resources for us because we knew

3    we didn't have enough police officers.  So that was the,

4    you know, that was for me the -- the first conversation

5    that I had been involved with in terms of bringing in

6    mutual aid.  I don't remember when that was.  I

7    certainly know that it was prior to April 25th, but I

8    don't remember exactly when it was.

9           Q      Sure.  You mentioned incident commander, that

10    someone is appointed for certain events.  Is there such

11    a thing as a unified commander?  Is that any different

12    than the incident commander or does the incident

13    commander serve as the unified commander?

14          A      So I -- I will speak from my own experience is

15    that the way that -- that we ran our operations, the way

16    that we run our operations in here is that there is an

17    incident commander.  There are times, for example, that

18    it might be the police department who is running as the

19    incident commander and fire department might be, you

20    know, attached as a deputy even though it's a police run

21    event.  If it were a major fire, it might be reversed,

22    that that fire would be in that component in the lead,

23    but none of that changed the fact that these multiple

24    jurisdictions or multiple, whether it's disciplines,

25    jurisdictions are all converging to help together.

**ORIGINAL TRANSCRIPT**

141

1      Q      So I understand that you can't order them to

2    cancel, but they would seek your advice, right?

3      A      Certainly.

4      Q      Okay.  And when they would seek your advice,

5    let's just take the Shock Trauma event, for example,

6    what was the advice given?

7      A      So I didn't specifically give/provide advice,

8    but the internal conversation that we had was that we

9    could not provide traffic control, we could not provide,

10   you know, guaranteed pedestrian safety.  So while all of

11   these events are occurring in the downtown area, we

12   simply couldn't commit resources to something that

13   wasn't an emergency.

14     Q      And I assume that was communicated to, for

15   example, a Shock Trauma event?

16     A      I -- I would assume that it was.  I -- you

17   know, frankly, you know, our department -- well, our

18   department -- my old department, I was in Baltimore

19   City, had such a close relationship with, you know, all

20   of the staff there that I -- I'm certain that there were

21   conversations.  And -- and you know, even on our end,

22   you know, we had a lot of people that used to attend

23   that gala, so it wasn't like it was just, you know,

24   important to them and no one else.  So I -- I know that

25   none those things were taken lightly, but there just