# EXHIBIT 9

# In The Matter Of:

*CHAE BROTHERS, LIMITED LIABILITY COMPANY, ET AL. v.*
*MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.*

*MELISSA HYATT*
*January 5, 2021*
*COPY*

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

**COPY**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---------------------------------
                                    :
CHAE BROTHERS LIMITED               :
LIABILITY COMPANY, Et Al.,          :
                                    :
            Plaintiff,              :
                                    :
      v.                            : CASE NO.:
                                    : 1:17-CV-01657-GLR
MAYOR & CITY COUNCIL OF             :
BALTIMORE, Et Al.,                  :
                                    :
            Defendant.              :
                                    :
---------------------------------

                          Tuesday, January 5, 2021

Deposition of
                    MELISSA HYATT,
a witness called for examination by counsel for the
Plaintiffs, pursuant to Notice, at the offices of
the Baltimore County Police Department Headquarters
located at 700 East Joppa Road, Towson, Maryland
21286, commencing at approximately 10:00 a.m.,
there being present on behalf of the respective
parties:

**COPY**

44

1    A    I wish that I had more detail to tell
2  you.  You know, a lot of this is third-person,
3  fourth-person for me.  I was not in the middle of
4  the intelligence briefings or the investigative
5  components.
6         But there certainly were conversations
7  about agitators or people from other cities or
8  other places that were coming into Baltimore City
9  with the purpose of inciting violence.
10   Q    Were there any specific agitators that
11 were brought to your attention or generally brought
12 to the police department's attention?
13   A    I mean, I do recall one name that, you
14 know, came up several times.  That was Malik
15 Shabazz.  I know that there were other names.  I
16 just don't recall the other names.
17   Q    Okay. I mean, are we talking about one
18 or two agitators that were brought to your
19 attention?  Or were there multiple agitators that
20 the department was, say, concerned about?
21   A    You know, I think that -- and this is
22 broadly speaking -- we were just concerned in

**COPY**

45

1 general. You know, we were concerned about people
2 coming into the city that didn't have a home or a
3 vested interest in Baltimore City and wanting to
4 destroy it for the sake of being destructive. We
5 were highly concerned about that.
6     Q    Where did that concern originate from?
7     A    Well, certainly, you know, prior to that,
8 we'd seen that happen in other cities. I don't
9 remember some of the specifics.
10     But I know that, you know, we had had
11 some conversations with allied law enforcement in
12 other cities to try to see when, you know, there
13 would be different protests in different places, if
14 there were concerns about, you know, any agitators
15 coming to Baltimore. That was always a concern.
16     Q    Did those other cities also include
17 Ferguson?
18     A    I couldn't tell you, because I wasn't
19 involved in those detailed conversations about
20 specifics intel-wise. Like I said, when I got
21 information, it was generally third- or fourth-
22 person. At the time, I didn't have a clearance,

**COPY**

59

1  escalating up to that point, do you recall there
2  being any discussions where the possibility of
3  rioting was discussed?  Where it was stressed,
4  "Hey, we've got to do what we can to avoid a riot."
5      A    To be perfectly honest with you -- and I
6  don't recall ever reading this.  Perhaps I did.
7  Perhaps I didn't.  I don't fully understand what
8  this means, "We must avoid any attempts to create a
9  riot."
10           So I -- when I read the tone of this, I
11  think that this was a plea to have leaders,
12  influential leaders, not buy into some of the less-
13  than-peaceful activity.  But I don't -- I don't
14  recall us sitting and having a conversation about
15  how to avoid a riot.
16           We were trying to obviously keep activity
17  as peaceful as possible, trying to work with
18  community leaders, community representatives.  But
19  I don't remember us ever having a conversation
20  about how to avoid a riot.  Because to be honest
21  with you, I don't even know what that means or what
22  is entailed in that.

**COPY**

64

Q  Okay.  Now, why was Malik Shabazz a specific concern for the department?

A  I can't tell you -- and I know you mentioned another name before that I didn't recognize.  There were -- I believe it was D.C. or somewhere else, there had been some significant issues with him.

He was not an individual that was a resident or anything else in Baltimore City.  He was quickly identified as, what we talked about before, as potentially being an outside agitator. And some of his background in things like that were certainly outside of what we were used to with out demonstrations.

Q  Okay.  You referred to the source of concern being information about something that happened in D.C. and also his background.  Could you go more into depth about what you recall about those two things?

A  Yeah.  And I actually -- I flipped past some of this, because I know it triggered some things in my mind.  I want to say that he had given

**COPY**

65

1   deliberate and inflammatory speech in Washington
2   D.C.  But I believe that there was something
3   somewhere else.  I don't think that that was the
4   only location.
5          And his role with the New Black Panthers
6   and knowing that organization to have a reputation
7   as being a violent organization, you know, these
8   were all things that -- we have a lot of
9   demonstrations in Baltimore City.
10         We didn't have demonstrations that
11  brought people like this with the true potential
12  not just for violence, but to be able to draw
13  people and have an influence on people.  So that
14  was very concerning.
15      Q   Okay.  When you say the possibility of
16  drawing people -- drawing people to do what,
17  exactly?
18      A   Well, you know, I think that our concern,
19  knowing that a lot of our demonstrators were young
20  -- many of them weren't even adults.  And
21  oftentimes younger people are very influential --
22  easily influenced.

1        And we had a lot of concerns that he
2   would be somebody who would have the ability to
3   draw a lot of young people around him and be smart
4   enough not to probably do things himself to get
5   arrested.
6        But because we already knew that we had a
7   lot of young people that, at that point, after the
8   death of Freddie Gray, were not happy with police
9   in general, were certainly not happy with Baltimore
10  City Police Department, that this would be kind of
11  a recipe for a lot of concern for us.
12       Q    Sure.  Now, drawing young people to
13  peacefully protest and exercise their First
14  Amendment rights -- I mean, that wouldn't be a
15  concern, right?
16       A    Not at all.
17       Q    So I mean, when you say that there were
18  concerns that he would draw in young people, I
19  mean, what were those concerns?  Drawing young
20  people to do what?
21       A    To injure people, to destroy property.  I
22  know that with some of the rhetoric that he's been

67

1  associated with, a lot of it had to do with
2  violence against police officers.  So there was a
3  lot of general concern.
4      Q    Understood.  And to your knowledge, did
5  Malik Shabazz end up coming on Saturday, April
6  25th?
7      A    He did.  Chief Hyatt, I'll be giving you
8  an exhibit marked as 30, which is an email produced
9  by the City as CITY00007701.
10          (Whereupon, a document was marked for
11  identification Hyatt Deposition Exhibit No. 30.)
12          BY MR. HWANG:
13     Q    So it's an email sent on Friday, April
14  24th, at 2:41 p.m.  And actually, I'm going to be
15  giving you a second exhibit as well.  This one
16  marked as Exhibit 31, also an email produced by the
17  City as CITY00007422.
18          (Whereupon, a document was marked for
19  identification Hyatt Deposition Exhibit No. 31.)
20          BY MR. HWANG:
21     Q    Now, you received both of these emails,
22  right?  Exhibits 30 and 31?

**COPY**

68

1    A    It appears that I did.

2    Q    Okay.  What do they reflect?

3    A    These emails both reflect plans for mass
4  arrests.

5    Q    Now, are specific plans, as reflected in
6  30 and 31 -- are they plans that are always in
7  place for mass arrests, or were these specifics
8  plans specific to that time period?

9    A    I don't remember if it was at that time
10 period or if it was prior to Freddie Gray.  Because
11 we had some significant demonstrations in Baltimore
12 City prior to Freddie Gray after the activity in
13 Ferguson.

14        But we created a high-volume arrest plan
15 knowing that there might be a possibility that we
16 might have to place a large number of people under
17 arrest.  And our basic -- the way that we manage
18 basic arrests, kind of ones and twos, would have
19 been insufficient to have done this in an organized
20 fashion.

21        Making sure that we knew who we were
22 arresting, making sure that we were, you know,

COPY

74

1  the plan would be to close the gates.  Can you
2  elaborate on that?  What need would there be to
3  close the gates?
4       A    So without me having this conversation
5  with then, I think, Major Schluderberg, it looks
6  like he's saying basically, if activity starts to
7  come near the stadium, all the patrons are inside
8  in their seats.
9            One of the things we're very fortunate
10 about is both of -- well, at the time.  I'm
11 obviously no longer employed there.  But that both
12 of our stadiums in Baltimore City, the Professional
13 Football and Professional Baseball, are very secure
14 stadiums.
15           And so if we're having major issues
16 outside, and if we were to then close the gates,
17 then we would be able to keep the people inside
18 safe.
19      Q    Okay.  Would closing the gate be more for
20 the purpose of keeping the people inside, inside,
21 or keeping the people outside, outside?
22      A    It would be for keeping the people inside

**COPY**

122

1   And then the planning section took what I
2   had, and then they turned it into the components
3   that needed to be added.  You can see we've got
4   rosters with the cell phone numbers of our folks,
5   of -- probably mutual aid is probably in here --
6   maybe in here somewhere.  Just some of the platoon
7   structures.  So they took it and they formalized it
8   and made it more robust.
9        Q    Okay.  Now, with mutual aid partners that
10  you just mentioned, I would assume that at this
11  point unified command was activated.  Is that
12  correct?
13       A    I'm sure it was.
14       Q    Now, as unified command is activated and
15  you start drawing out these incident action plans,
16  what was OEM's role?  And by "OEM," I mean the
17  Baltimore Office of Emergency Management.
18       A    So Office of Emergency Management was
19  right in there with us in the Command Center.  They
20  were usually within an arm's distance away.  If
21  there were things that we needed, whether it was --
22  they helped us a lot with logistics.

**COPY**

123

1         They helped us organize some of the
2 personnel requests, where people were going, people
3 were coming in. They had a significant role when
4 the National Guard was deployed. They created an
5 added jurisdiction staging area, which was a
6 significant undertaking.
7         They brought in IMT resources from, I
8 think it was, like, Pennsylvania to be able to
9 provide some assistance for planning. So they were
10 really a strong suport function and helped really
11 pull our emergency resources together.
12    Q   So I mean, as these protests are
13 escalating and mutual aid starts coming in, you
14 have a lot of different hands in the pot, so to
15 speak.
16         You know, you have the Police Department
17 for Baltimore City. You also have the Baltimore
18 City Fire Department, other agencies within
19 Baltimore City, and then mutual aid that's coming
20 in.
21    A   Absolutely.
22    Q   Would you say OEM was kind of the

**COPY**

157

1    spoke about this last time.  We knew that people
2    were protesting the police.  And so there were
3    times that if we had a group that was protesting
4    peacefully, even if they're in the middle of the
5    street and they're walking, that we realized that
6    if we were on top of them, that that just made the
7    crowd angrier.
8            But if we pulled back a little bit and
9    just, you know, continued to monitor them and walk
10   with them or shadow them, that they would have
11   their demonstration and it would be far less
12   contentious.
13           So it wasn't "give them space."  It was,
14   "We've got to be smart about where we place
15   ourselves in these things."  And to be perfectly
16   honest, part of the reason -- we were talking about
17   Lieutenant Colonel Russell before.
18           We started utilizing his people.  I think
19   at some point we put them in soft clothing instead
20   of uniforms, even though it still identified them
21   as police.
22           So that they could start to engage with

**COPY**

195

1  out.  We didn't have the resources to go in and
2  extract some of the individuals that were doing
3  this property damage.
4          While I don't like property damage, we
5  hadn't had any major violent clashes at that
6  moment, and we didn't have the resources to do
7  these extractions.
8          Fortunately, at the time -- and this was
9  before body-worn cameras -- but we had video
10 cameras out.  And you may remember after the unrest
11 ended, there was a lot of follow-up investigatory
12 work, a lot of warrants that were sought.
13         Because we weren't going to let people
14 get away with what they were doing.  But we had to
15 weigh out public safety and officer safety when we
16 were making these decisions.
17         And, you know, a couple of kids smashing
18 out a couple of windows when we didn't have the
19 resources to do what we needed to do -- you know,
20 you have to decide, is it the right time to engage
21 or is there a different time to do it?
22      Q    Sure.  So for officer safety and for