# EXHIBIT 10

**From:** Brendan McCluskey -MEMA- <brendan.mccluskey@maryland.gov>
**Sent:** Saturday, April 25, 2015 4:17 PM EDT
**To:** Sangree, Suzanne <Suzanne.Sangree@BaltimorePolice.org>
**Subject:** Fwd: Information State of Emergency Template

Let me know what phone number you're at so I can call you. FYI...from what I'm being told, there is NO intent at this time for the Governor to authorize an executive order declaring a state of emergency, either limited to the city, or any part or the whole of the state.

Brendan

---------- Forwarded message ----------
From: **John E. Dulina -MEMA-** <john.dulina@maryland.gov>
Date: Sat, Apr 25, 2015 at 4:01 PM
Subject: Fwd: Information State of Emergency Template
To: Brendan McCluskey -MEMA- <brendan.mccluskey@maryland.gov>


Per our conversation....

*John D*

*"We are what we repeatedly do. **Excellence**, then is not an act, but **a habit.**" - Aristotle*

**John E. Dulina**
**Maryland Emergency Management Agency**
**Operations Division**
**Central Region Liaison Officer**
**Cell 443.865.8638**
**24 hour Joint Operations Center 410.517.3600**

**"A Prepared Marylander Creates A Resilient Maryland"**

---------- Forwarded message ----------
From: **Sangree, Suzanne** <Suzanne.Sangree@baltimorepolice.org>
Date: Sat, Apr 25, 2015 at 3:54 PM
Subject: RE: Information State of Emergency Template
To: "John E. Dulina -MEMA-" <john.dulina@maryland.gov>
Cc: "Nilson, George" <George.Nilson@baltimorecity.gov>


John, I have taken a shot at filling in the blanks. I don't know whether the Md. National Guard will need to be engaged—so I left that language in.


Could you begin to run this up your flagpole so that we are ready – if the worst case transpires. (Which so far does not appear to be imminent.)


My understanding is that the plan is for Governor Hogan and Mayor Rawlings-Blake to do a joint announcement of concurrent declarations of emergency. The Mayor would be announcing the local state of emergency and the Governor the state-wide state of emergency.


Thanks, Suzanne


Suzanne Sangree

Chief of Police Legal Affairs

Baltimore City Law Department

100 N. Holliday Street, Rm 109

443-984-7303

443-388-2190 (cell)

443-539-0536 (fax)

**From:** John E. Dulina -MEMA- [mailto:john.dulina@maryland.gov]
**Sent:** Saturday, April 25, 2015 2:21 PM
**To:** Sangree, Suzanne
**Subject:** Information State of Emergency Template

**State of Emergency Template...attached.**

See also:

PUBLIC SAFETY
TITLE 14. EMERGENCY MANAGEMENT
SUBTITLE 1. MARYLAND EMERGENCY MANAGEMENT AGENCY ACT

Md. PUBLIC SAFETY Code Ann. § 14-111 (2014)

§ 14-111. Local state of emergency.

(a) Declaration. -- Only the principal executive officer of a political subdivision may declare a local state of emergency.

(b) Duration. --

(1) Except with the consent of the governing body of the political subdivision, a local state of emergency may not continue or be renewed for longer than 30 days.

(2) An order or proclamation that declares, continues, or terminates a local state of emergency shall be:

(i) given prompt and general publicity; and

(ii) filed promptly with the chief local records-keeping agency.

(c) Effect of declaration. -- Declaration of a local state of emergency:

(1) activates the response and recovery aspects of any applicable local state of emergency plan; and

(2) authorizes the provision of aid and assistance under the applicable plan.

### John D

*"We are what we repeatedly do. Excellence, then is not an act, but a habit."* - Aristotle

**John E. Dulina**

**Maryland Emergency Management Agency**

**Operations Division**

**Central Region Liaison Officer**

*Cell* 443.865.8638

**24 hour Joint Operations Center** 410.517.3600

*"A Prepared Marylander Creates A Resilient Maryland"*

--
**Brendan McCluskey**
Director
Preparedness Directorate
Maryland Emergency Management Agency
5401 Rue Saint Lo Drive
Reisterstown, MD 21136
brendan.mccluskey@maryland.gov
410-517-3607 (o)
410-422-6367 (c)

*"A Prepared Marylander Creates a Resilient Maryland"*