# EXHIBIT 18

**From:** DGS_FMD_OPS <DGS_FMD_OPS@baltimorecity.gov>
**Sent:** Tuesday, April 28, 2015 12:33 AM EDT
**To:** Stricklin, Stephen <Stephen.Stricklin@baltimorecity.gov>
**CC:** Gibson, Robert (Fleet) <Robert.Gibson@baltimorecity.gov>; Nyagah-nash, Chichi <Chichi.Nyagah-nash@baltimorecity.gov>; Green-Haynes, Malcolm <Malcolm.Green-Haynes@baltimorecity.gov>; Holland, Gary L. <Gary.Holland@baltimorecity.gov>; Sharkey, Steve <Steve.Sharkey@baltimorecity.gov>; Stevens, Bambi W. <Bambi.Stevens@baltimorecity.gov>; Chojnowski, Dennis <Dennis.Chojnowski@baltimorecity.gov>; Gilman-Forlini, Jackson <jackson.gilman-forlini@baltimorecity.gov>; Alkarajat, Marwan <Marwan.Alkarajat@baltimorecity.gov>; Leary, Glenda <Glenda.Leary@baltimorecity.gov>; Chesson, Terrel <Terrel.Chesson@baltimorecity.gov>; Jones, Michael N. <Michael.Jones2@baltimorecity.gov>; Opitz, Ricky <Ricky.Opitz@baltimorecity.gov>; Jenkins, Franklin <Franklin.Jenkins@baltimorecity.gov>; Holste, Robert <Robert.Holste@baltimorecity.gov>; Gibson, Jeffrey <Jeffrey.Gibson2@baltimorecity.gov>; Shelley, Ed <Ed.Shelley@baltimorecity.gov>; Addison, Cliff <Cliff.Addison@baltimorecity.gov>; Billy Richardson <brichardson@abacuscorporation.com>; Attila, Berke <berke.attila@baltimorecity.gov>; Wilkerson, Connie <Connie.Wilkerson@baltimorecity.gov>; Wilkerson, Connie <Connie.Wilkerson@baltimorecity.gov>; Burns2, Catherine <Catherine.Burns2@baltimorecity.gov>; Knight, Tim <Tim.Knight@baltimorecity.gov>; Jennings, Terrence <Terrence.Jennings@baltimorecity.gov>
**Subject:** RE: DGS EOC Activiation

Team-

I am currently in the EOC until 0700 tomorrow morning.

Right now the following has been established.

The War Memorial Building is established and operating as a rehab for out of area police officers. BPD is handling security. This is place until further notice.

Fuel provisions have been made for partnering agencies to receive fuel from COB Fuel Stations.
DPW will be opening Back River and Patapsco WWTP's to increase capacity for the Front St locations. PD will be encouraged to have SD and SWD to use Patapsco and Back River will be a last resort if needed.
They have been advised that if they use the master card to be sure to document gallons for that use.

Facilities will be checking all DGS buildings for damage in the morning and taking actions to secure.

DPW and DOT are working a debris management plan and will need any equipment they can have returned as it is readied.

As of this time, the City is open as usual tomorrow. If that changes I will email when I am notified.

Berke, I am trying to start a spreadsheet for tracking costs.

If anyone has any questions please call 410-396-YARD (9273).
DGS will be present here until further notice.

More to follow

**From:** Stricklin, Stephen
**Sent:** Monday, April 27, 2015 11:10 PM
**To:** DGS_FMD_OPS
**Cc:** Gibson, Robert (Fleet); Nyagah-nash, Chichi; Green-Haynes, Malcolm; Holland, Gary L.; Sharkey, Steve; Stevens, Bambi W.; Chojnowski, Dennis; Gilman-Forlini, Jackson; Alkarajat, Marwan; Leary, Glenda; Chesson, Terrel; Jones, Michael N.; Opitz, Ricky; Jenkins, Franklin; Holste, Robert; Gibson, Jeffrey; Shelley, Ed; Addison, Cliff; 'Billy Richardson'; Attila, Berke; Wilkerson, Connie; Burns2, Catherine; Knight, Tim
**Subject:** DGS EOC Activiation

DGS Team-

As most of you are all aware, the Citywide EOC has activated and is in the early stages of getting resources established to support PD, Fire and outside agencies, as well as the National Guard.

Emails coming to and from the EOC should come from the email DGS_FMD_OPS@baltimorecity.gov . I will be sending the first of operational updates from that email shortly as well as attached contact information foe the

**From:** Maloney, Robert <Robert.Maloney@baltimorecity.gov>
**Sent:** Monday, April 27, 2015 10:37 PM EDT
**To:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>; Brillman, Scott L. <Scott.Brillman@baltimorecity.gov>
**CC:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; McMillan, David <David.McMillan@baltimorecity.gov>; Bartness,
Martin <Martin.Bartness@BaltimorePolice.org>
**Subject:** Re: BPD Nourishment

Yes. 414. Get them an escort. Check with Wagner.

---

**From:** Bovaird, Brian D.
**Sent:** Monday, April 27, 2015 10:19 PM
**To:** Maloney, Robert; Brillman, Scott L.
**Cc:** Scott, Connor D.; McMillan, David; Bartness, Martin
**Subject:** RE: BPD Nourishment

Officers at Pennsylvania and North (100 officers) and Pennsylvania and Retreat (100 officers) have not had food or
water in 10 hours, can we prioritize this request?

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD  21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of*        410-396-6188 (Office)
*Emergency*               443-615-0620 (Mobile)
*Management*

---

**From:** Maloney, Robert
**Sent:** Monday, April 27, 2015 10:15 PM
**To:** Bovaird, Brian D.; Brillman, Scott L.
**Cc:** Scott, Connor D.; McMillan, David; Bartness, Martin
**Subject:** Re: BPD Nourishment

Yes.

---

**From** : Bovaird, Brian D.
**Sent:** Monday, April 27, 2015 10:14 PM
**To:** Maloney, Robert; Brillman, Scott L.
**Cc:** Scott, Connor D.; McMillan, David; Bartness, Martin
**Subject:** BPD Nourishment

BPD is overwhelmed with Logistics and are having problems with getting officers on the line food and water.  Do we
have resources at the EOC to identify and organize sources for food and water to begin to feed officers?

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD  21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of*        410-396-6188 (Office)
*Emergency*               443-615-0620 (Mobile)
*Management*

**From:** MJOC -MEMA- <mjoc.mema@maryland.gov>
**Sent:** Monday, April 27, 2015 7:23 PM EDT
**Subject:** Fwd: Request to All Emergency Managers/LE

TO: MEMA Executive Staff & Local Directors
CC: MEMA Regional Ops, Select SEOC Positions

Baltimore City is requesting law enforcement assistance via MEMAC and/or mutual aid.  Request is for the following:

- 600 officers with riot gear (requested as 25-30 man platoons with transportation)
- 50 prisoner transport vehicles
- 10 armored vehicles

Your regional liaison officer will reaching out to each of you for information on this request.

The Staging Area will be at:
3500 Northern Parkway
Baltimore, MD

The Baltimore Police Department Point of Contact is Capt. Martin Bartness, 443-690-4034

Thank you for your prompt consideration of this request,


â€‹Sent on behalf of MEMA SEOCâ€‹


MJOC Operations Supervisor - B. Wood
Office: 410-517-3600

To unsubscribe from this group and stop receiving emails from it, send an email to mema-dl-local-directors+unsubscribe@maryland.gov.

**From:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>
**Sent:** Monday, April 27, 2015 6:05 PM EDT
**To:** Maloney, Robert <Robert.Maloney@baltimorecity.gov>
**CC:** Brillman, Scott L. <Scott.Brillman@baltimorecity.gov>; Scott, Connor D. <Connor.Scott@baltimorecity.gov>; McMillan, David <David.McMillan@baltimorecity.gov>; Dulina, John (john.dulina@maryland.gov) <John.Dulina@maryland.gov>
**Subject:** BPD Resource Request

BPD is reporting the following assets on hand:
- 1340 sworn BPD
- 80 Outside Jurisdiction
- 700 vehicles

**Requested assets:**
- **600 officers with riot gear**
- **50 Prisoner transport vehicles**
- **10 armored vehicles**
- **Transportation busses to mobilize the 600 officers**

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD 21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of
Emergency
Management*

410-396-6188 (Office)
443-615-0620 (Mobile)

**From:** Pearson, Brian <Brian.Pearson@BaltimorePolice.org>
**Sent:** Monday, April 27, 2015 3:38 PM EDT
**To:** Handley, James <James.Handley@BaltimorePolice.org>
**CC:** Moore, ThomasH <ThomasH.Moore@BaltimorePolice.org>; Stricklin, Stephen <Stephen.Stricklin@baltimorecity.gov>; Bartness, Martin <Martin.Bartness@BaltimorePolice.org>; Quick, Robert <Robert.Quick@BaltimorePolice.org>
**Subject:** Officer Resting area

Sir,

I was able to get in touch with Steve Stricklin and he is able to get us in the war memorial building to set up a sleeping/rest area for officers.  I will let you know the details once I have it all set.

Lt. Brian E. Pearson
Management Services Division
Brian.pearson@baltimorepolice.org
(410)952-4468 Cell
(410)396-2575 Office

**From:** John E. Dulina -MEMA- <john.dulina@maryland.gov> on behalf of John E. Dulina -MEMA-
<John.Dulina@maryland.gov>
**Sent:** Monday, April 27, 2015 1:57 PM EDT
**To:** Bartness, Martin <Martin.Bartness@BaltimorePolice.org>
**CC:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>; Brillman, Scott L. <Scott.Brillman@baltimorecity.gov>
**Subject:** Information Request for Riot Shields

At 1022 hours this morning, BPD requested approximately 200 riot shields (or as many as possible) to be delivered to the Baltimore Public Safety Center ASAP. Maryland Dept. of Public Safety and Correctional Services (DPSCS) will fill the request to the best of their ability. Shields are currently being moved from facilities to pick-up points in Hagerstown and Jessup. Tomorrow morning (4/28), DPSCS will provide a total count of shields and attempt to arrange for transport to Baltimore. In the event they can not transport the shields, we will then find an alternate solution.

Military CST, MSP, MDTAP, MTA and DGS Police were also solicited with negative results (due to not being equipped or their potential to deploy).


*John D*

*"We are what we repeatedly do.  **Excellence, then is not an act, but  a habit."** - Aristotle*

***John E. Dulina***
***Maryland Emergency Management Agency***
***Operations Division***
***Central Region Liaison Officer***
***Cell  443.865.8638***
***24 hour Joint Operations Center 410.517.3600***


***"A Prepared Marylander Creates  A Resilient Maryland"***

**From:** Stricklin, Stephen <Stephen.Stricklin@baltimorecity.gov>
**Sent:** Monday, April 27, 2015 12:37 PM EDT
**To:** Pearson, Brian <Brian.Pearson@BaltimorePolice.org>
**CC:** Chesson, Terrel <Terrel.Chesson@baltimorecity.gov>; Handley, James <James.Handley@BaltimorePolice.org>; Dave Sherman <dsherman40@gmail.com>; Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>; Baker, Charles C. <Charles.Baker@baltimorecity.gov>
**Subject:** Re: Light towers

Guys,
Please see the below towers that needing fueling twice daily.
Are the POC P/O Dave Sherman will get the driver in and out.
Best served to come in off Fulton Ave onto Riggs.

At the Training Academy the POC is Lt. Sturm.
The lights are behind the building.
We are looking into if there are additional needs for other locations now.

Steve Stricklin
Division Chief
Facilities Maintenance Division
700 Abel Wolman Building
200 N. Holliday St.
Baltimore Md 21202
410-396-3702
443-622-6893

On Apr 27, 2015, at 11:58 AM, Pearson, Brian <Brian.Pearson@BaltimorePolice.org> wrote:

Sir,
The 4 light towers at the WD are near empty and will not make it through the night.  They are located at the four corners of the district.  If they go to Fulton and Riggs, they can meet officer Dave Sherman and he will meet them and give them a hand.  His phone number  is 443 857-4923, it will make it easier to get in touch with him.

Lt. Brian E. Pearson
Management Services Division
Brian.pearson@baltimorepolice.org
(410)952-4468 Cell
(410)396-2575 Office

**From:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>
**Sent:** Sunday, April 26, 2015 9:18 PM EDT
**To:** Quick, Robert <Robert.Quick@BaltimorePolice.org>; Bartness, Martin <Martin.Bartness@BaltimorePolice.org>
**CC:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; Hyatt, Melissa R. <Melissa.Hyatt@BaltimorePolice.org>; Schluderberg, Gordon <Gordon.Schluderberg@BaltimorePolice.org>; McMillan, David <David.McMillan@baltimorecity.gov>; Smith, Anthony R <AnthonyR.Smith@baltimorecity.gov>
**Subject:** Busses for Police

Lt. Quick,

Good news, through the request from MEMA the state Dept of Corrections has approved 3 busses for BPD Officer transportation the rest of the week. They will be reaching out to Captain Bartness to coordinate details tomorrow morning.

Sent from my iPhone

**From:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>
**Sent:** Sunday, April 26, 2015 4:01 PM EDT
**To:** Chalmers, John <John.Chalmers@baltimorecity.gov>
**CC:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; Hyatt, Melissa R. <Melissa.Hyatt@BaltimorePolice.org>; Schluderberg, Gordon <Gordon.Schluderberg@BaltimorePolice.org>
**Subject:** RE: Bottle Cleaning

Great, thank you. They can report directly to the station and coordinate with the Commander who will be expecting them.

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD 21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of
Emergency
Management*
410-396-6188 (Office)
443-615-0620 (Mobile)

**From:** Chalmers, John
**Sent:** Sunday, April 26, 2015 3:58 PM
**To:** Bovaird, Brian D.
**Cc:** Scott, Connor D.; Hyatt, Melissa R.; Schluderberg, Gordon
**Subject:** Re: Bottle Cleaning

Affirmative 4-4:30AM.

Sent from my iPhone

On Apr 26, 2015, at 3:49 PM, "Bovaird, Brian D." <Brian.Bovaird@baltimorecity.gov> wrote:

John,

In regards to our conversation earlier, the Police are considering the large amount of bottles used for a monument at Pressbury St and Mount St an emergency (as they are a direct threat to be projectiles towards police) and are requesting specific assistance. BPD is requesting that one of your crews report to the Western District at 4am on Monday morning to meet with Police who will accompany them to the location and clear the bottles. Can you advise if you are able to accommodate this request?

Thanks in advance for the consideration.
Brian



**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD 21239
brian.bovaird@baltimorecity.gov
410-396-6188 (Office)
443-615-0620 (Mobile)

*<image001.jpg>
Mayor's Office of
Emergency
Management*

**From:** Parthemos, Kaliope
**Sent:** Saturday, April 25, 2015 12:41 PM EDT
**To:** Johnson, William M. <WilliamM.Johnson@baltimorecity.gov>
**CC:** Murphy, Frank <Frank.Murphy@baltimorecity.gov>; Zaied, Khalil <Khalil.Zaied@baltimorecity.gov>
**Subject:** Police needs more bike racks asap

Call me 4108186350

**From:** Scott, Connor D.
**Sent:** Saturday, April 25, 2015 10:21 AM EDT
**To:** John.Dulina@maryland.gov <John.Dulina@maryland.gov>
**CC:** McMillan, David <David.McMillan@baltimorecity.gov>
**Subject:** 83

John,

When you get to the watch center can you reach out to MSP and see if they can stand by to shut down 83 southbound at the beltway or at Northern Pkwy (depending on the need) and let BPD know? I tried Tagliaferri but couldn't get a hold of him.


BPD can

**From:** Scott, Connor D.
**Sent:** Friday, April 24, 2015 12:20 PM EDT
**To:** Dunbar, Chance <Chance.Dunbar@bcparking.com>; Smith, Anthony R <AnthonyR.Smith@baltimorecity.gov>
**CC:** smerritt@spplus.com <smerritt@spplus.com>; Campbell-Johnson, Artia (P.A.) <Artia.Campbell-Johnson@bcparking.com>
**Subject:** Re: Lexington/War Memorial Garage

Fantastic. Tony Smith will pick them up today.

----- Original Message -----
From: Chance Dunbar [mailto:Chance.Dunbar@BCParking.com]
Sent: Friday, April 24, 2015 12:17 PM
To: Scott, Connor D.
Cc: 'smerritt@spplus.com' <smerritt@spplus.com>; Campbell-Johnson, Artia (P.A.)
Subject: RE: Lexington/War Memorial Garage

Gates will be raised 8a on Saturday, closed 7a - 8a on Sunday morning. We have 75 exit tickets printed, just in case. Could someone from MOEM pick them up today, if not, we could leave them at our Water St Garage located at 414 Water St, just a few blocks away.

If needed, Shirley Merritt can be reached at 443-423-36392.

Thanks

-----Original Message-----
From: Scott, Connor D. [mailto:Connor.Scott@baltimorecity.gov]
Sent: Friday, April 24, 2015 11:26 AM
To: Chance Dunbar
Cc: 'smerritt@spplus.com'; Artia C. Campbell-Johnson
Subject: Re: Lexington/War Memorial Garage

Actually, they would like the gate up until 7am Sunday. They plan on being there all night. Is that possible?


----- Original Message -----
From: Chance Dunbar [mailto:Chance.Dunbar@BCParking.com]
Sent: Friday, April 24, 2015 11:09 AM
To: Scott, Connor D.
Cc: Shirley Merritt <smerritt@spplus.com>; Campbell-Johnson, Artia (P.A.)
Subject: Re: Lexington/War Memorial Garage

We should be set. Shirley will have the gates open around 8a and set to close at 7p tomorrow. Please let all BPD or others know they will have to exit by 7 or will face complications getting out. If it helps, I can print 50-75 exit tickets, if anyone is expected later and gets stuck.

Sent from my iPhone

> On Apr 24, 2015, at 10:59 AM, Scott, Connor D. <Connor.Scott@baltimorecity.gov> wrote:
>
> Ok great. They'll start at 9:30. Do you happen to know how many spaces are in that garage?
>
>
>
>> On Apr 24, 2015, at 10:57 AM, Chance Dunbar <Chance.Dunbar@BCParking.com> wrote:
>>
>> Great, if they could block as of 10a or earlier that would work. I'll confirm once I have spoken or received confirmation from Shirley on the other logistics with the gates.
>>
>> Just Sat right, nothing Sun?
>>
>> Sent from my iPhone
>>
>>> On Apr 24, 2015, at 10:55 AM, Scott, Connor D. <Connor.Scott@baltimorecity.gov> wrote:
>>>
>>> They could definitely block it off.
>>>
>>>
>>>
>>>> On Apr 24, 2015, at 10:55 AM, Chance Dunbar <Chance.Dunbar@BCParking.com> wrote:
>>>>
>>>> That's the tough part, keeping it just for BPD if the gates are up. We'd probably have to open the gates (entry and exit) to allow free flow for all vehicles.
>>>>
>>>> Will traffic in the immediate area be restricted or could BPD restrict access down the 500 block of E Lex?
>>>>
>>>> Shirley,
>>>>
>>>> Can we bypass the timer and have the gates, including entry/exit gates, up from 10a - 7p to allow unrestricted access for police? Afterwards, we would have to group reset all access cards so that they aren't effected.
>>>>
>>>> Thanks
>>>>
>>>> Sent from my iPhone

>>>>> It would be several different vehicles throughout the day, probably starting around noon. Could the gate be left up and the garage closed to general public?
>>>>>
>>>>>
>>>>>
>>>>>> On Apr 24, 2015, at 10:47 AM, Chance Dunbar <Chance.Dunbar@BCParking.com> wrote:
>>>>>>
>>>>>>
>>>>>> Not sure. Timing, # of vehicles, any other logistics that we should be aware of?
>>>>>>
>>>>>> Thanks
>>>>>> Chance
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Apr 24, 2015, at 10:28 AM, Scott, Connor D. <Connor.Scott@baltimorecity.gov> wrote:
>>>>>>>
>>>>>>> Chance,
>>>>>>>
>>>>>>> BPD wants to use the Lexington Street garage as a staging area tomorrow for incoming police assistance.  Could the garage be opened up for them to use?

**From:** Lucas, Michael <Michael.Lucas@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 3:46 PM EDT
**To:** Goods, Gregory <Gregory.Goods@baltimorecity.gov>
**CC:** Wilson, Chevette D. <Chevette.Wilson@baltimorecity.gov>; Rich, Muriel <Muriel.Rich@baltimorecity.gov>; Chalmers, John <John.Chalmers@baltimorecity.gov>; Ukwuoma, Valentina I <Valentina.Ukwuoma@baltimorecity.gov>
**Subject:** FW: Trash Can pick for police protest.

Goods, Please check all cans in front of city hall  to be sure they are bolted to the ground. If they are not then please remove it. Please report your findings to all.

Thank you.


-----Original Message-----
From: Lucas, Michael
Sent: Thursday, April 23, 2015 3:45 PM
To: Ukwuoma, Valentina I; Chalmers, John; Rich, Muriel
Cc: Chalmers, John; McCoy, Denise
Subject: RE: Trash Can pick for police protest.

Mrs. Val,

They thought the cans could be lifted by a person, and  been used to throw at the police officers.  I explained to him that they all were bolted down. So we can disregard this request.  I will ask the night supervisor to check to be sure that all cans are bolted down.

-----Original Message-----
From: Ukwuoma, Valentina I
Sent: Thursday, April 23, 2015 3:36 PM
To: Chalmers, John
Cc: Chalmers, John; Lucas, Michael; McCoy, Denise
Subject: RE: Trash Can pick for police protest.

What will protesters use for their trash.

-----Original Message-----
From: Lucas, Michael
Sent: Thursday, April 23, 2015 3:15 PM
To: Ukwuoma, Valentina I
Cc: Chalmers, John
Subject: FW: Trash Can pick for police protest.

Would you like to respond?

-----Original Message-----
From: Smith, Anthony R
Sent: Thursday, April 23, 2015 3:14 PM
To: Lucas, Michael
Subject: Trash Can pick for police protest.

Can you pick up any trash can in front of city hall. Also 1 block north,  south, east and west of city hall tomorrow.

**From:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 1:38 PM EDT
**To:** Schluderberg, Gordon <Gordon.Schluderberg@BaltimorePolice.org>
**CC:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; Hyatt, Melissa R. <Melissa.Hyatt@BaltimorePolice.org>; Thompson, Charles <Charles.Thompson@BaltimorePolice.org>; McConnell, Mya <mya.mcconnell@baltimorecity.gov>
**Subject:** Fire Department Van

Captain Schluderberg,

BCFD will provide you with two 15 passenger vans and drivers for each van.  They will not be available on April 29-30 and May 1st.  Captain Mya McConnell is the point of contact for the Fire Department (copied on this email), can you please identify who from Police will coordinate directly with her.  She will need a schedule of when the vans are needed so Operations can coordinate the OT drivers and reporting locations for them as well.

Respectfully,
Brian

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD  21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of
Emergency
Management*

410-396-6188 (Office)
443-615-0620 (Mobile)

**From:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 1:02 PM EDT
**To:** Hyatt, Melissa R. <Melissa.Hyatt@BaltimorePolice.org>; Schluderberg, Gordon
<Gordon.Schluderberg@BaltimorePolice.org>; Thompson, Charles <Charles.Thompson@BaltimorePolice.org>
**CC:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; Stricklin, Stephen <Stephen.Stricklin@baltimorecity.gov>
**Subject:** Plywood for Western

All,
DGS is currently making all the appropriate cuts for plywood on the first floor of the WD Precinct.  The materials will
be delivered this afternoon and can be stored inside of the station.  In the event that the plywood is to be utilized it
will be designed to be mounted from the interior and will be the responsibility of BPD.

Chuck,
Can you make sure that when the DGS crew arrives they are provided access to deliver the material.

Thanks!

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD  21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of
Emergency
Management*

410-396-6188 (Office)
443-615-0620 (Mobile)

**From:** Wright, Jerome J. <Jerome.Wright@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 12:29 PM EDT
**To:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>
**CC:** Jackson, William <William.Jackson@BaltimorePolice.org>
**Subject:** Re: Light tower for protest

We put two light towers there last night per request.

Sent from my iPhone

> On Apr 23, 2015, at 12:03 PM, Scott, Connor D. <Connor.Scott@baltimorecity.gov> wrote:
>
> Jerome, can you help?
> ------Original Message------
> From: Clinedinst, George
> To: Scott, Connor D.
> Cc: Darryl DeSousa
> Cc: Gordon Schluderberg
> Cc: Jackson, William
> Subject: Light tower for protest
> Sent: Apr 23, 2015 12:02 PM
>
> Sir,
>       Can you work some magic and get us a light tower stationed at the Western District for the protest?
>
> Thank you,
> Lt. Clinedinst
> 443 904 6400

**From:** Feuka, Joseph <Joseph.Feuka@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 11:56 AM EDT
**To:** Taylor, Damonnen <Damonnen.Taylor@baltimorecity.gov>; D'Amico, Dana <Dana.DAmico@baltimorecity.gov>; Andresini, Paul <Paul.Andresini@baltimorecity.gov>; Wood, Robert <Robert.Wood@baltimorecity.gov>
**CC:** Staten, Robert <Robert.Staten@baltimorecity.gov>
**Subject:** crew needed for saturday / protestor issues

Dana / Paul ----Please have 1---2 man crew with a pick up truck ---not a d.s.r. truck---Loaded with 250 traffic cones and 25 barricades meet me at Fulton avenue @ franklin street @ 3:00pm on Saturday 4-25-15 ----This is for the protestors / march to city Hall / road and or lane  closures

**From:** Walton, Marlon <Marlon.Walton@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 11:35 AM EDT
**To:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>
**CC:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; Sturgis, Caroline <Caroline.Sturgis@BaltimorePolice.org>; Hyatt, Melissa R. <Melissa.Hyatt@BaltimorePolice.org>; Schluderberg, Gordon <Gordon.Schluderberg@BaltimorePolice.org>; Ching, Kenith <Kenith.Ching@baltimorecity.gov>; Taylor, Damonnen <Damonnen.Taylor@baltimorecity.gov>
**Subject:** RE: Deployment of Bike Racks

Brian,

I have signed off for 200 bike racks  it will be delivered to Western District Police Station.

Thanks!

**From:** Bovaird, Brian D.
**Sent:** Thursday, April 23, 2015 10:22 AM
**To:** Walton, Marlon
**Cc:** Scott, Connor D.; Sturgis, Caroline; Hyatt, Melissa R.; Schluderberg, Gordon
**Subject:** Deployment of Bike Racks

Marlon,

I have reached out to determine a timeframe for the delivery of the rented bike racks and will let you know ASAP. Once they are delivered the police are requesting the deployment of the racks as follows:
- Intersections of:
    - Gay/Baltimore
    - Fayette/Gay
    - Lexington/Gay
    - Saratoga/Gay
- Western District Police Station

Also, if you had a truck to spare it would be helpful to have a truck load of these racks ready to go in the event that a new location is identified that they are required.

As always, thank you for your hard work and professionalism and please let me know if you have any issues with the plan.

Gratefully,
Brian

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD  21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of
Emergency
Management*

410-396-6188 (Office)
443-615-0620 (Mobile)

**From:** Bovaird, Brian D. <Brian.Bovaird@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 10:21 AM EDT
**To:** Walton, Marlon <Marlon.Walton@baltimorecity.gov>
**CC:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; Sturgis, Caroline <Caroline.Sturgis@BaltimorePolice.org>; Hyatt, Melissa R. <Melissa.Hyatt@BaltimorePolice.org>; Schluderberg, Gordon <Gordon.Schluderberg@BaltimorePolice.org>
**Subject:** Deployment of Bike Racks

Marlon,

I have reached out to determine a timeframe for the delivery of the rented bike racks and will let you know ASAP. Once they are delivered the police are requesting the deployment of the racks as follows:

- Intersections of:
    - Gay/Baltimore
    - Fayette/Gay
    - Lexington/Gay
    - Saratoga/Gay
- Western District Police Station

Also, if you had a truck to spare it would be helpful to have a truck load of these racks ready to go in the event that a new location is identified that they are required.

As always, thank you for your hard work and professionalism and please let me know if you have any issues with the plan.

Gratefully,
Brian

**Brian D. Bovaird**
*Director of Operations*
1201 E. Cold Spring Lane
Baltimore, MD  21239
brian.bovaird@baltimorecity.gov

*Mayor's Office of*
*Emergency*
*Management*

410-396-6188 (Office)
443-615-0620 (Mobile)

**From:** McByrne, Ryan <Ryan.McByrne@baltimorecity.gov>
**Sent:** Wednesday, April 22, 2015 1:23 PM EDT
**To:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>
**Subject:** Re: Protest suggestion

Street will be cleared today and as often as possible moving forward.

He could not promise me everyday, but said they will do their best.

-Ryan

Sent from my iPad

On Apr 22, 2015, at 11:56 AM, Scott, Connor D. <Connor.Scott@baltimorecity.gov> wrote:

> Can you help with this?
>
> **From:** Clinedinst, George
> **Sent:** Wednesday, April 22, 2015 11:55 AM
> **To:** Scott, Connor D.
> **Cc:** DeSousa, Darryl; Miller, Sean; Marcus, William; Robinson, Osborne; Bauer, Donald; Hyatt, Melissa R.; Schluderberg, Gordon; Thompson, Charles
> **Subject:** Protest suggestion
>
> Mr. Scott,
>           Greetings Sir, would it be possible to have a city street sweeper come through the area of 1000 N. Mount St today and the following days to clean the street of any debris? We would just like minimize the objects ie: bottles, cans and trash on the street. Just trying to lessen the chances of these objects being used as weapons or missiles to be thrown at the police and property.
>           Any consideration will be greatly appreciated.
>
> Respectfully,
> Lt. George Clinedinst

**From:** Walton, Marlon <Marlon.Walton@baltimorecity.gov>
**Sent:** Tuesday, April 21, 2015 8:48 AM EDT
**To:** Scott, Connor D. <Connor.Scott@baltimorecity.gov>; Ching, Kenith <Kenith.Ching@baltimorecity.gov>
**CC:** Taylor, Damonnen <Damonnen.Taylor@baltimorecity.gov>
**Subject:** RE: Bike Racks

Good morning,

My guys will be setup the bike racks up at 3pm.

Thanks !

---

**From:** Scott, Connor D.
**Sent:** Tuesday, April 21, 2015 8:19 AM
**To:** Ching, Kenith; Walton, Marlon
**Cc:** Taylor, Damonnen
**Subject:** Bike Racks

BPD is expecting another protest at the western district at 5pm today. Can you have bike racks dropped off there today?


|  | **Connor Scott** |
|---|---|
|  | *Deputy Director of Emergency Management* |
|  | 1201 E. Cold Spring Lane |
|  | Baltimore, MD 21239 |
| *Mayor's Office of* | connor.scott@baltimorecity.gov |
| *Emergency* | 410-396-6183 (Office) |
| *Management* | 443-271-7316 (Mobile) |

*Connect with the Mayor's Office of Emergency Management*

☐ @BaltimoreOEM
☐ /BaltimoreOEM

*Visit our website:* http://emergency.baltimorecity.gov and www.fema.gov

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email, and delete or destroy the message.

**From:** Maloney, Robert
**Sent:** Sunday, April 26, 2015 7:19 PM EDT
**To:** McMillan, David <David.McMillan@baltimorecity.gov>; Scott, Connor D. <Connor.Scott@baltimorecity.gov>
**Subject:** Re: Request for Equipment

i sent to mema.

Sent from my iPad

On Apr 26, 2015, at 6:22 PM, McMillan, David <David.McMillan@baltimorecity.gov> wrote:

> See below. BPD requesting 20 riot shields. Connor, can you loop in Bob on this, whatever the request ends up being, before submitting it?
>
> **From:** Smith, Anthony R
> **Sent:** Sunday, April 26, 2015 6:21 PM
> **To:** Scott, Connor D.
> **Cc:** McMillan, David; Bovaird, Brian D.
> **Subject:** RE: Request for Equipment
>
> They are requesting 20 riot shields. Thats the only request at this time.
>
> **From:** Scott, Connor D.
> **Sent:** Sunday, April 26, 2015 6:15 PM
> **To:** Smith, Anthony R
> **Cc:** McMillan, David; Bovaird, Brian D.
> **Subject:** Re: Request for Equipment
>
> I can do it in about 2 hours if you can get the details on what they want.
>
>
> On Apr 26, 2015, at 6:12 PM, Smith, Anthony R <AnthonyR.Smith@baltimorecity.gov> wrote:
>
> > Can you advise
> >
> > Sent from my iPad
> >
> > Begin forwarded message:
> >
> > > **From:** "Bartness, Martin" <Martin.Bartness@baltimorepolice.org>
> > > **Date:** April 26, 2015 at 6:11:02 PM EDT
> > > **To:** "Smith, Anthony R" <AnthonyR.Smith@baltimorecity.gov>
> > > **Subject:** FW: Request for Equipment
> > >
> > >
> > > -----Original Message-----
> > > **From:** Barbour, Torrence
> > > **Sent:** Sunday, April 26, 2015 06:06 PM Eastern Standard Time
> > > **To:** Bartness, Martin
> > > **Cc:** Thompson, Charles
> > > **Subject:** Request for Equipment
> > >
> > > Sir's
> > >
> > > The request process for equipment supplies from the Maryland Military Department, should initiate from the City to MEMA. I'm not sure about the forms if any, or a contact person from MEMA. I'm assuming that someone from MOEM should know. In addition, the request should not be branch specfic,i.e., "riot helmets from Army." I believe you just state item and number required and they will source.
> > >
> > > Torrence

**From:** MJOC Alert <md.alert@alert.mema.state.md.us>
**Sent:** Monday, April 27, 2015 6:05 PM EDT
**To:** EOC Status <roamalert_mema_int@alert.mema.state.md.us>
**Subject:** #LVD EOC Status

MEMA RLO/1/I: EOC Status: Baltimore City has activated its EOC as of 1730 hrs. to support Law Enforcement Activities.


Sent by MJOC Operations Officer Hohman.

Do not reply to this message. Send replies to mjoc.mema@maryland.gov
--
You received this message because you are registered on MEMA Alert, EOC Status via (E-mail, Pagers, Cell phones)