# EXHIBIT 19

# In The Matter Of:

*CHAE BROTHERS, LIMITED LIABILITY COMPANY, ET AL. v.*
*MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.*

*STEPHANIE ROBINSON*
*January 11, 2021*
*COPY*

*CourtScribes, Inc.*
*"Delivering More For Less"*
*(833) 727-4237*
*info@courtscribes.com*
*www.courtscribes.com*

1

1  IN THE UNITED STATES DISTRICT COURT
2     FOR THE DISTRICT OF MARYLAND
3           NORTHERN DIVISION
4  -------------------------------X
5  CHAE BROTHERS LIMITED,          :
6  LIABILITY COMPANY, ET AL.,      :
7           Plaintiffs,            :
8  v.                              :  Civil Action No.
9  MAYOR & CITY COUNCIL OF         :  1:17-CV-01657-SAG
10 BALTIMORE, ET AL.,              :
11          Defendants.            :
12 -------------------------------X
13
14      Video Deposition of STEPHANIE ROBINSON
15              Conducted Virtually
16            Monday, January 11, 2021
17                  9:15 a.m.
18
19
20
21 Pages 1 - 201
22 Reported by:  Lisa Barbera, Stenographer

166

1  mayor operations.
2      Q.   Okay.  So that was when you first went
3  to the EOC.  When you went to the command center
4  and then you returned to the EOC, was Khalil Zaied
5  still there?
6      A.   Yes.
7      Q.   At that point do you recall what he was
8  doing?
9      A.   I don't recall.
10     Q.   Do you recall what his general role was
11 at the EOC after it was activated?
12     A.   He had the same role that many of us in
13 the cabinet who were there during, and we were in
14 the EOC emergency management center to assist in
15 any way we could, to answer any questions we
16 could, to facilitate anything we could, to address
17 any issues we could.
18     Q.   Do you recall anything that he
19 specifically addressed or facilitated?
20     A.   Not off the top of my head.  But I'm
21 sure it would have all been related to anything
22 that would fall under operations.  That could have