# EXHIBIT 20

**From:** Mayfield, Derrick (Mayor's Office - EPU) <derrick.mayfield2@baltimorecity.gov> on behalf of Mayfield, Derrick (Mayor's Office - EPU) <Derrick.Mayfield2@baltimorecity.gov>
**Sent:** Sunday, April 26, 2015 5:03 PM EDT
**To:** Rawlings, Stephanie <SRB@BaltimoreCity.gov>
**Subject:** Accepted: Mayor to call Community Leaders to dicsuss protest update and moving forward

Conference call  712-432-1212
Conference ID# 2472169229
Last updae 5:01 pm
Wanda Best - Upton
Darryl Cribb - Upton Planning Committee
Mark Washington - CHM
Rachel Timmons - Baltimore Highlands
Patrick Lundberg - PPNA
Pauline Childs- Darley Park
Lena Leone- New Greenmount West
Julius Henson-Berea
Gwenn Brown-Darley Park
George Johnson-Belair Edison
**Bishop Willard Saunders**
**Pastor Toni Draper**
Carlton Smith - Mt. Vernon
Jessica Contreras
Roger Dimik - Highlandtown
Cynthia Gross - CARE
Nathan Willner -
Marty Howe -