# EXHIBIT 22

# Freddie Gray Funeral

## Incident Action Plan





## Operational Period

| From | | To |
|---|---|---|
| 4/27/15 | - | 4/27/15 |
| 9:00 | | 16:00 |

# INCIDENT OBJECTIVES (ICS 202)

| 1. Incident Name | 2. Operational Period | Date From: | 4/27/15 | Date To | 4/27/15 |
|---|---|---|---|---|---|
| Freddie Gray Funeral | | Time From: | 9:00 | Time To: | 16:00 |

**3. Objectives**

1. Provide for the safety of responders and civilians through out the operational period.

2. Respond to calls for assistance within the designated footprint.

3. Maintain Situational awarness at all times.

**4. Operational Period Command Emphasis**

1. Members will not engage in a hostile environment or situation unless providing medical treatment.
2. The use of sirens will be kept to a miniumum around the area of the funeral services.
3. Members will stay with their assigned units at all times unless directed otherwise.

**General Situational Awareness**

**5. Site Safety Plan Required?**   ☐ Yes   ☐ No

Approved Site Safety Plan(s) Located at:

**6. Attachments (check if attached)**

☐ ICS 203    ☐ ICS 207    ☐ _____
☐ ICS 204    ☐ ICS 208    ☐ _____
☐ ICS 205    ☐ Map/Chart    ☐ _____
☐ ICS 205A   ☐ Weather    ☐ _____
☐ ICS 206      Forcast/Tides/Currents

**7. Prepared by: Name:** _____ **Position/Title:** _____ **Signature:** _____

**8. Approved by Incident Commander: Name:** _____ **Signature:** _____

| ICS 202 | IAP Page _____ | Date/Time: _____ |
|---|---|---|

7-Day Forecast for Latitude 39.32 N and Longitude 76.63 W (Text-Only)                    Page 1 of 1

**NWS Forecast for: Baltimore MD**
Issued by: National Weather Service Baltimore, MD/Washington, D.C.
Last Update: 7:38 am EDT Apr 27, 2015


Print

| Today | Tonight | Tuesday | Tuesday Night | Wednesday | Wednesday Night | Thursday | Thursday Night | Friday |
|---|---|---|---|---|---|---|---|---|
| 40% | 20% | | | | 30% | 40% | 50% | 30% |
| Chance Showers | Slight Chc Showers | Mostly Sunny | Mostly Clear | Mostly Sunny | Chance Rain | Chance Rain | Chance Rain | Chance Showers |
| Hi 63 °F | Lo 45 °F | Hi 65 °F | Lo 48 °F | Hi 70 °F | Lo 51 °F | Hi 66 °F | Lo 47 °F | Hi 61 °F |

**Today:** A chance of showers after 3pm. Partly sunny, with a high near 63. Northwest wind 10 to 15 mph, with gusts as high as 21 mph. Chance of precipitation is 40%.

**Tonight:** A slight chance of showers before 9pm. Mostly cloudy, with a low around 45. Northwest wind 13 to 15 mph, with gusts as high as 20 mph. Chance of precipitation is 20%.

**Tuesday:** Mostly sunny, with a high near 65. North wind 13 to 17 mph, with gusts as high as 23 mph.

**Tuesday Night:** Mostly clear, with a low around 48. Northwest wind 6 to 8 mph.

**Wednesday:** Mostly sunny, with a high near 70. Northwest wind 3 to 6 mph.

**Wednesday Night:** A chance of rain after 2am. Mostly cloudy, with a low around 51. Chance of precipitation is 30%.

**Thursday:** A chance of rain. Cloudy, with a high near 66. Chance of precipitation is 40%.

**Thursday Night:** A chance of rain. Cloudy, with a low around 47. Chance of precipitation is 50%.

**Friday:** A chance of showers. Mostly cloudy, with a high near 61. Chance of precipitation is 30%.

**Friday Night:** Mostly cloudy, with a low around 48.

**Saturday:** Mostly sunny, with a high near 69.

**Saturday Night:** Partly cloudy, with a low around 49.

**Sunday:** Mostly sunny, with a high near 74.

Baltimore MD
39.32°N 76.63°W

Visit your local NWS office at: http://www.erh.noaa.gov/lwx/

## ORGANIZATION ASSIGNMENT LIST (ICS 203)

| 1. Incident Name | | 2. Operational Period | | | | | |
|---|---|---|---|---|---|---|---|
| Freddie Gray Funeral | | | Date From: | 4/27/15 | | Date to: | 4/27/15 |
| | | | Time From: | 9:00 | | Time to: | 16:00 |

| 3. Incident Commander and Staff | | 7. Operations Section | |
|---|---|---|---|
| IC/UC | Zimmerman | Chief | Stewart |
| IC/UC | | Deputy | |
| IC/UC | | | |
| Deputy | | | |
| Safety Officer | Starkey/Jefferson | **a. Branch I** | **EMS** |
| Information Officer | R. Clark/S. Johnson | Branch Director | J. Brooks |
| Liaison Officer | Goldman | Deputy | |

| 4. Agency Representative | | | |
|---|---|---|---|
| Agency | Name | Funeral | Manning |
| | | Western | Jones |
| | | Group | |
| | | Group | |
| | | Group | |
| | | **b. Branch II** | **NAME BRANCH II** |
| | | Branch Director | |
| | | Deputy | |
| | | DIV IIA | |
| | | DIV IIB | |
| | | DIV IIC | |
| | | DIV IID | |
| | | DIV IIE | |

| 5. Planning Section | | **c. Branch III** | **NAME BRANCH III** |
|---|---|---|---|
| Chief | Underwood | Branch Director | |
| Deputy | | Deputy | |
| Resource Unit | | DIV IIIA | |
| Situation Unit | | DIV IIIB | |
| Documentation Unit | | DIV IIIC | |
| Demobilization Unit | | DIV IIID | |
| Human Resources | | DIV IIIE | |
| Technical Specialists | (name / specialty) | **d. Branch IV** | **NAME BRANCH IV** |
| GIS | Hanna | Branch Director | |
| Radios | G. Brooks | Deputy | |
| | | DIV IVA | |
| | | DIV IVB | |
| | | DIV IVC | |

| 6. Logistics Section | | DIV IVD | |
|---|---|---|---|
| Chief | Caisse | DIV IVE | |
| Deputy | | Air Operatoins Branch | |
| **Support Branch** | | Air Ops Branch Dir | |
| Support Branch Dir. | | | |
| Supply Unit | Spencer/ Wainwright | | |
| Facilities Unit | | 10. Finance Section | |
| Ground Support Unit | | Chief | Floyd |
| **Service Branch** | | Deputy | |
| Service Branch Dir. | | Time Unit | |
| Communications Unit | Walsh | Procurement Unit | |
| Medical Unit | | Comp/Claims Unit | |
| Security Unit | | Cost Unit | |
| Food Unit | | | |

| 9. Prepared by: Name: | | Position/Title: | Signature |
|---|---|---|---|
| ICS 203 | IAP Page | | Date/Time: |

## ASSIGNMENT LIST (ICS 204)

| 1. Incident Name: Freddie Gray Funeral | 2. Operational Period: | Date From: 4/27/15 | Date to: 4/27/15 | 3. Branch: EMS |
| | | Time From: 8:00 | Time to: 18:00 | Division/Group: Funeral |

| 4. Operations Personnel: | | | | Staging Area: |
|---|---|---|---|---|
| | Name | | Contact Number(s) | On Duty Available Battalion Chief |
| Operations Section Chief: | Stewart | | | |
| Branch Director: | Stokes/Shiloh | | | |
| Division/Group Supervisor: | Manning | | | |

### 5. Resources Assigned:

| Resource Identifier | Leader | Number Persons | Contact (e.g., phone, pager, radio, frequency, etc ) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Medic 43 | Manning | 2 | Normal Operations | 2100 N. Monroe at 0900 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### 6. Work Assignments:

Units will respond to request for assistance in the assigned area as per normal operations. Once the medic unit has engaged with a response in the footprint area they will contact OSC and if transport is needed notify ASAP for a medic unit to be dispatched for transport.

### 7. Special Instructions:

When on location members will be aware of their surroundings and if the members feel that it is becoming unsafe they will vacate the area until additional resources arrive. Units will limit the use of sirens if possible in and around the footprint area. Members will wear turnout coats on all responses during the operational period.

### 8. Communications (radio and/or phone contact numbers need for this assignment):

| Name | Function | Primary Contact: indicate cell, pager, or radio (frequency/system/channel) |
|---|---|---|
| | Operations | Event 3 Bravo 8 |
| | Secondary | Event 1 Bravo 6 |
| | Secondary | Event 2 Bravo 7 |
| | | |

| 9. Prepared by: Name: | | Position/Title: | Signature |
|---|---|---|---|
| ICS 204 | IAP Page | | Date/Time: |

## ASSIGNMENT LIST (ICS 204)

| 1. Incident Name: | 2. Operational Period: | Date From: | 4/27/15 | Date to: | 4/27/15 | 3. |
|---|---|---|---|---|---|---|
| Freddie Gray Funeral | | Time From: | 9:00 | Time to: | 16:00 | Branch: EMS |

| 4. Operations Personnel: | | | |
|---|---|---|---|
| | Name | Contact Number(s) | Division/Group: Western |
| Operations Section Chief: | Stewart | | Staging Area: |
| Branch Director: | Stokes/Shiloh | | |
| Division/Group Supervisor: | Jones | | |

**5. Resources Assigned:**

| Resource Identifier | Leader | Number Persons | Contact (e.g., phone, pager, radio, frequency, etc.) | Reporting Location, Special Equipment and Supplies, Remarks, Notes, Information |
|---|---|---|---|---|
| Medic 45 | E. Jones | 2 | Normal Operations | 11:00 to TBD |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**6. Work Assignments:**

Units will respond to request for assistance in the assigned area as per normal operations. Once the medic unit has engaged with a response in the footprint area they will contact OSC and if transport is needed notify ASAP for a medic unit to be dispatched for transport.

**7. Special Instructions:**

When on the location of an incident members will be aware of their surroundings and if the officer in charge feels that an area is becoming unsafe they will vacate the area until additional resources arrive. Members will wear turnout coats on all responses during the operational period.

**8. Communications (radio and/or phone contact numbers need for this assignment):**

| Name | Function | Primary Contact: indicate cell, pager, or radio (frequency/system/channel) |
|---|---|---|
| | Operations | Event 1 Bravo 6 |
| | Secondary | Event 2 Bravo 7 |
| | Logistics | Support 2 Bravo 3 |
| | | |

| 9. Prepared by: Name: | Position/Title: | Signature |
|---|---|---|
| ICS 204   IAP Page | Date/Time: | |

# SAFETY MESSAGE/PLAN (ICS 208)

| 1. Incident Name | 2. Operational Period | Date From: | 4/27/15 | Date To: | 4/27/15 |
|---|---|---|---|---|---|
| Freddie Gray Funeral | | Time From: | 9:00 | Time To: | 16:00 |

**3. Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan:**

Maintain situational awareness at all times.

Do not engage in potential hostile situations and report those incidents to the IC or proper authorities.

Maintain crew integrity at all times during emergency and non emergency activities.

Maintain security of apparatus while operating on incidents.

All members are to wear turnout coats in lieu of uniform jackets when operating in the footprint area of the funeral services.

Please see attached for MOP 602-3 Signal 40 procedures.

**4. Site Safety Plan Required?** ☐ Yes ☐ No

Approved Site Safety Plan(s) Located At:

**5. Prepared by: Name:** _____  **Title:** _____  **Signature** _____

| ICS 208 | IAP Page _____ | Date/Time: _____ |

## INCIDENT RADIO COMMUNICATIONS PLAN (ICS 205)

| 1. Incident Name | | | 2. Date/Time Prepared | | 3. Operational Period | | |
|---|---|---|---|---|---|---|---|
| Freddie Gray Funeral | | | Date: 4/27/2015 | | Date From: 4/27/2015 | Date to: 4/27/2015 | |
| | | | Time: 8:00 | | Time From: 9:00 | Time to: 16:00 | |

**4. Basic Radio Channel Use:**

| Zone Grp. | Ch# | Function | Channel Name/ Trunked Radio System Talkgroup | Assignment | RX Freq N or W | RX Tone/NAC | TX Freq N or W | TX Tone/NAC | Mode (A, D, or M) | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| BCFD | B/8 | Operations | Event 3 Bravo 8 | Operations | | | | | | |
| BCFD | B/6 | Secondary | Event 1 Bravo 6 | Secondary | | | | | | If Needed |
| BCFD | B/7 | Available | Event 2 Bravo 7 | Available | | | | | | If Needed |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**5. Special Instructions:**

All units will operate on Bravo 8/ Event 3, if needed B6 and B7 will be used at the direction of the Incident Commander or the Operations Section Chief.

| 6. Prepared by (Communications Unit Leader): Name: | Lt. Gilbert Brooks | Signature |
|---|---|---|
| ICS 205 | IAP Page | Date/Time: |

## MEDICAL PLAN (ICS 206)

| 1. Incident Name | 2. Operational Period | Date From: 4/27/15 | Date To: 4/27/15 |
|---|---|---|---|
| Freddie Gray Funeral | | Time From: 9:00 | Time To: 16:00 |

**3. Medical Aid Stations**

| Name | Location | Contact Number(s) | Paramedics on Site? |
|---|---|---|---|
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |

**4. Transportation (indicate air or ground)**

| Ambulance Service | Location | Contact Number(s) | Level of Service |
|---|---|---|---|
| BCFD | Normal Operations | | ☐ ALS ☐ BLS |
| | | | ☐ ALS ☐ BLS |
| | | | ☐ ALS ☐ BLS |
| | | | ☐ ALS ☐ BLS |

**5. Hospitals**

| Hospital Name | Address, Latitude & Longitude if Helipad | Contact Number(s) / Frequency | Travel Time Air | Travel Time Ground | Trauma Center | Burn Center | Helipad |
|---|---|---|---|---|---|---|---|
| R. Adams Cowley Shock Trauma | 22 S Greene St Baltimore, Md 21201 | | | 5 min | ☑ Yes Level: ___ | ☐ Yes ☐ No | ☑ Yes ☐ No |
| Mercy Hospital | 310 St. Paul St Baltimore, Md 21202 | | | 5 min | ☐ Yes Level: ___ | ☐ Yes ☑ No | ☐ Yes ☐ No |
| Johns Hopkins Bayview Burn Center | 4940 Eastern Ave Baltimore, Md 21224 | | | 5 min | ☑ Yes Level: ___ | ☑ Yes ☐ No | ☑ Yes ☐ No |

**6. Special Medical Emergency Procedures**

All Priority 1 or 2 BCFD and BPD Personnel will be transported to the closest hospital. Non-life threatening injuries to BCFD and BPD personnel will be transported to Mercy Medical Center located at 301 Saint Paul Street.

☐ Check Box if aviation assets are utilized for rescue. If assets are used, coordinate with Air Operations

| 7. Prepared by (Medical Unit Leader): Name: _____ | Signature _____ |
|---|---|

| 8. Approved by (Safety Officer): Name: _____ | Signature _____ |
|---|---|

| ICS 206 | IAP Page _____ | Date/Time: _____ |
|---|---|---|



# Shiloh Baptist Church - 2100 N Monroe St



4/27/2015                              USA to 3130 Woodlawn Dr, Woodlawn, MD 21207 - Google Maps



**Drive 5.1 miles, 15 min**

Directions from USA to 3130 Woodlawn Dr

○ **USA**
   Baltimore, MD 21217

↑    1.   Head east on W North Ave toward McKean Ave

                                                                                    476 ft

↰    2.   Turn left onto N Fulton Ave

                                                                                    0.3 mi

↰    3.   Slight left onto Reisterstown Rd

                                                                                    0.5 mi

↰    4.   Turn left onto Liberty Heights Ave

                                                                                    2.5 mi

↰    5.   Turn left onto Gwynn Oak Ave

                                                                                    1.8 mi

↑    6.   Continue straight onto Woodlawn Dr
          ⓘ Destination will be on the right

                                                                                    30 ft

◎ **3130 Woodlawn Dr**
   Woodlawn, MD 21207

These directions are for planning purposes only. You may find that construction
projects, traffic, weather, or other events may cause conditions to differ from the map
results, and you should plan your route accordingly. You must obey all signs or notices
regarding your route.

Map data ©2015 Google