# EXHIBIT 25

**From:** Hall, Nora E. <Nora.Hall2@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 1:08 PM EDT
**To:** Avery, Denise <Denise.Avery2@baltimorecity.gov>; Ellis, Sandra E. <Sandra.Ellis2@baltimorecity.gov>; Hetterich, Robert <Robert.Hetterich2@baltimorecity.gov>; Ross-Privette, Shawnta <Shawnta.Ross-Privette@baltimorecity.gov>; Ruffin, Deborah <Deborah.Ruffin2@baltimorecity.gov>; Williams, Larry <Larry.Williams2@baltimorecity.gov>; Wilson, Kim <Kim.Wilson2@baltimorecity.gov>
**CC:** Gordon, Renee <Renee.Gordon@baltimorecity.gov>
**Subject:** Emergency Preparation-Protests

To all EDS

As all of you are aware, we are facing daily Protest and uncertainty within our city.
With that in mind, **hold your staffing numbers over the weekend, restricting any additional approved leave.**
Schedule 1 to 2 additional dispatchers overtime, for standby, in the event we need to take control of a channel to assist.
We have been authorized and encouraged to do so by the city.
Additionally, **do the same for the weekend May 1-May 3**. We reassess for Monday-Thursday of next week and advise as soon as possible.

While we all pray these protest will continue peaceful, we need to be prepared to handle the volume, so our dispatchers are not overwhelmed.
Standby dispatchers can assist the floor and supervision with relief of CW and INFO until it is deemed necessary to physically be assigned to a Detail Channel.

**From:** Gordon, Renee <Renee.Gordon@baltimorecity.gov>
**Sent:** Thursday, April 23, 2015 4:04 PM EDT
**To:** Mullen, Jerome <Jerome.Mullen@baltimorecity.gov>
**Subject:** Staffing strategy

This is added to the 911 report as appendix A. I spent time with the Labor Commissioner today securing parking throughout the protest and talking with the union in regards what employees should expect.

IMMEDIATE:

- 911 Operators will be staffed up to 22 Operators plus 2 supervisors on Friday and Saturday from 2pm to 10 pm and 18 plus 2 supervisors from 10pm to 6am until further notice. This is in response to the Protest and until our hiring goals are met.

- 911 supervisors will send current numbers on the shift report at the end of every shift. This report will be sent daily to MOIT leadership. It will include the estimated number of employees expected.

|  | Friday April 24 2X10 | Saturday April 25 2X10 |
| --- | --- | --- |
| Expected number of Operators | 18 plus 2 supervisors | 17 plus 1 supervisor |
| Number of employees needed | 4 | 5 plus a supervisor |
|  |  |  |
| Expected number of Operators | Friday April 24 10X6 | Saturday April 25 10X6 |
| Number of employees needed | 15 plus 1 supervisor | 14 plus 2 supervisors |
|  | 3 plus 1 supervisor | 4 |

- Parking has been arranged at the water street garage until the end of the protest. 40 to 50 access cards will be managed and issued to employees and must be turned back in after the situation is under control.
- Lisa has agree to keep 311 open on Friday and Saturday nights until 12pm
- Operators and Dispatchers are advised to bring food until arrangements are made

LONG TERM:

- Two employees that were in dispatch training have requested to return to 911. The ECC and HR (Shiria and Shannon) have expedited the process and the two employees have returned to the 911 status and are currently in training. They are included in the Saturday overtime staffing
- MOIT will advertise the position shortly and HR, Lisa and I will quickly vet applications and select candidates for interviews.
- We are working on taking calls simultaneously at the ACC to maximize the number of call takes on duty during the busiest hours
- Training has been revised to include 80 hours of classroom and the Communications Training Officer (CTO) program that will move new hires on the floor sooner and give them on the job training with a certified CTO.
- I've met with the Labor Commissioner and CUB and we will be looking at moving to the new schedule in late May.

Thank you,

# Renee M. Gordon, RPL, ENP

PSAP Director ,
911 and Emergency Communications
City of Baltimore
Mayor's Office of Information Technology
601 E. Fayette St   Suite 422
Baltimore, Maryland 21202
443-984-4085