**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| CHAE BROTHERS LIMITED LIABILITY COMPANY, *et al.*, | * |
| | * |
| Plaintiffs, | |
| | * Civil Action No. 1:17-cv-01657-SAG |
| v. | |
| | * |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * |
| | |
| Defendants. | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**[PROPOSED] ORDER**

This Court, having considered the Joint Motion to Modify Scheduling Order, hereby

**ORDERS THAT** the Joint Motion is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the deadlines set forth in this Court's Order entered

on February 8, 2021 [ECF No. 121], are hereby **MODIFIED** as follows:

Oppositions to Dispositive Motions:  June 28, 2021

Reply Motions:  August 23, 2021

**IT IS SO ORDERED:**

Dated: _____          _____

Honorable Judge Stephanie A. Gallagher
United States District Court
District of Maryland