## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| CHAE BROTHERS LIMITED LIABILITY COMPANY, *et al.*, | * |
| | * |
| Plaintiffs, | |
| | * Civil Action No. 1:17-cv-01657-SAG |
| v. | |
| | * |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | * |
| | |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER

Having considered the Joint Motion to Modify Scheduling Order, and also taking into consideration the time needed by the Court for disposition, the joint motion to extend the deadlines of the motions briefing schedule is hereby granted in part; and the deadlines set forth in this Court's Order entered on February 8, 2021, ECF 121, are hereby MODIFIED as follows:

Oppositions to Dispositive Motions:  June 21, 2021

Reply Motions:  August 16, 2021

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated:  June 4, 2021

/s/
Stephanie A. Gallagher
United States District Judge