# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

<table>
<tr><td>CHAMBERS OF<br>A. DAVID COPPERTHITE<br>UNITED STATES MAGISTRATE JUDGE</td><td>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410)962-0946<br>MDD_ADCchambers@mdd.uscourts.gov</td></tr>
</table>

September 21, 2021

TO COUNSEL OF RECORD

Re: *Chae Brothers Limited Liability Company, et al. v. Mayor & City Council of Baltimore, et al.,* Civil No. SAG-17-1657

Dear Counsel:

In accordance with your request, I am rescheduling the virtual settlement conference to **Wednesday, February 16, 2022 at 10:00 a.m.** I understand that counsel and all parties are available at this time. The conference will be held via ZoomGov. Please note that three hours have been set aside for the conference and those in attendance should plan accordingly. Counsel should expect a telephone call from me within a few days of the settlement conference.

The same guidelines set forth in my letter of September 2, 2021 (ECF 130) apply to this conference, including the requirement that you exchange a demand and offer prior to the conference. The new date for the submission of ex parte letters is **Wednesday, February 2, 2022.** Please email your letters to mdd_adcchambers@mdd.uscourts.gov. A paper copy of all attachments exceeding 15 pages should be mailed to Chambers.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

A. David Copperthite
United States Magistrate Judge