IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CHAE BROTHERS LIMITED LIABILITY COMPANY, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:17-cv-01657-SAG<br>) |
| MAYOR & CITY COUNCIL OF BALTIMORE, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

This Court, having considered Plaintiffs' Consent Motion for Sixty-Day Extension of Deadline to Finalize Settlement, hereby **ORDERS THAT** the Motion is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the deadline to reopen this case under the February 17, 2022 Order [ECF No. 132] is hereby **EXTENDED** by sixty days, or until June 17, 2022.

**IT IS SO ORDERED:**

Dated: _____, 2022      _____
　　　　　　　　　　　　　　　　　　　Honorable Judge Stephanie A. Gallagher
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　District of Maryland